# EXHIBIT A

**U.S. Department of Justice**
**Civil Rights Division**

civilrights.justice.gov

# DOJ Cases with School Districts Under Desegregation Orders

### Alabama
Anniston City
Athens City
Chambers County
Choctaw County
Clay County
Cleburne County
Colbert County
Cullman County
Fayette County
Florence City
Fort Payne City
Franklin County
Homewood City
Hoover City
Huntsville City
Jackson County
Jacksonville City
Jefferson County
Lamar County
Lanett City
Lauderdale County
Leeds City
Madison County
Marion County
Marshall County
Morgan County
Pickens County
Piedmont City
Russellville City
Scottsboro City
Sheffield City
Shelby County
St. Clair County
Sumter County
Tarrant City
Trussville City
Tuscaloosa County
Tuscumbia City
Winfield City

### Arkansas
England #2
Junction City
Watson Chapel

### Connecticut
Waterbury

### Florida
Bay County
Bradford County
Flagler County
Hendry County
Jackson County
Pasco County

### Georgia
Appling County
Baldwin County
Barrow County
Bryan County
Calhoun County
Clinch County
Columbia County
Crisp County
Dodge County
Dooly County
Early County
Emanuel County
Irwin County
Jeff Davis County
Lincoln County
McDuffie County
Mitchell County
Montgomery County
Pulaski County
Randolph County
Sumter County
Tattnall County
Taylor County
Telfair County
Vidalia City
Warren County
Wayne County
Wheeler County
Wilcox County
Worth County

### Indiana
South Bend

### Louisiana
Bienville Parish
Bossier Parish
Caddo Parish
Concordia Parish
DeSoto Parish
Plaquemines Parish
Pointe Coupee Parish
Sabine Parish
St. John the Baptist Parish
St. James Parish
St. Martin Parish
St. Mary Parish
St. Tammany Parish

### Mississippi
Attala County
Benton County
Brookhaven City
Cleveland
Clinton City
Columbia City
Copiah County
Forrest County
Kemper County
Kosciusko
Lauderdale County
Laurel
Lawrence County
Leake County
Lincoln County
Louisville City
Marion County
Neshoba County
Nettleton Line
North Pike
North Tippah
Rankin County
Scott County
South Pike
South Tippah
Starkville-Oktibbeha
Walthall County
Winona-Montgomery
Yazoo City
Yazoo County

### North Carolina
Franklin County
Halifax County

### South Carolina
Chesterfield County
Dorchester County #4
Georgetown County

### Tennessee
Dyersburg
Fayette County

### Texas
Garland

### Virginia
Suffolk City

*May 2024*

**You can report a civil rights violation online at: civilrights.justice.gov**