# EXHIBIT B



US Department of Education
Washington, D.C. 20202

S004D220011

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | **RECIPIENT NAME**<br><br>Southern Education Foundation Inc<br>101 Marietta Street<br>Suite 1650<br>Atlanta, GA 30303 | **2** | **AWARD INFORMATION**<br><br>PR/AWARD NUMBER    S004D220011<br>ACTION NUMBER    1<br>ACTION TYPE    New<br>AWARD TYPE    Discretionary |
| **3** | **PROJECT STAFF**<br><br>RECIPIENT PROJECT DIRECTOR<br>   Max Altman    (404) 991-6774<br>   maltman@southerneducation.org<br>EDUCATION PROGRAM CONTACT<br>   Rebekka Meyer    (202) 453-5641<br>   rebekka.meyer@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>   G5 PAYEE HELPDESK    888-336-8930<br>   obssed@servicenowservices.com | **4** | **PROJECT TITLE**<br><br>84.004D<br>EAC Region II--EAC South at Southern Education Foundation |

| | |
|---|---|
| **5** | **KEY PERSONNEL**<br><br>NAME            TITLE            LEVEL OF EFFORT<br>Tonya Gentry       Project Director       85 % |
| **6** | **AWARD PERIODS**<br><br>       BUDGET PERIOD     10/01/2022 - 09/30/2023<br>   PERFORMANCE PERIOD     10/01/2022 - 09/30/2027<br><br>FUTURE BUDGET PERIODS<br><br>BUDGET PERIOD        DATE        AMOUNT<br>2      10/01/2023 - 09/30/2024      $1,686,582.00<br>3      10/01/2024 - 09/30/2025      $1,686,206.00<br>4      10/01/2025 - 09/30/2026      $1,685,772.00<br>5      10/01/2026 - 09/30/2027      $1,685,336.00 |
| **7** | **AUTHORIZED FUNDING**<br><br>           THIS ACTION     $1,645,846.00<br>      BUDGET PERIOD     $1,645,846.00<br>   PERFORMANCE PERIOD     $1,645,846.00 |
| **8** | **ADMINISTRATIVE INFORMATION**<br><br>      UEI/SSN     JQDXYMFMGTB4<br>REGULATIONS     CFR PART 270272<br>                   EDGAR AS APPLICABLE<br>                   2 CFR AS APPLICABLE<br>ATTACHMENTS     2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , B OESE , GE1 , GE2 , GE3 , GE4 , GE5 |
| **9** | **LEGISLATIVE AND FISCAL DATA**<br><br>AUTHORITY:            PL 88-352 IV TITLE IV - CIVIL RIGHTS ACT OF 1964.<br>PROGRAM TITLE:        CIVIL RIGHTS TRAINING AND ADVISORY SERVICES<br>CFDA/SUBPROGRAM NO:      84.004D |

# US Department of Education
## Washington, D.C. 20202

S004D220011

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1000A | 2022 | 2022 | ES000000 | B | Q32 | 000 | 004 | 4101C | $1,645,846.00 |

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S004D220011 |
| RECIPIENT NAME: | Southern Education Foundation Inc |
| GRANTEE NAME: | SOUTHERN EDUCATION FOUNDATION INC |
| | 101 MARIETTA ST NW, STE 1650 |
| | ATLANTA, GA - |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | |

TERMS AND CONDITIONS

(1) THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:

1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIAL TERMS AND CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, THE SECRETARY CONSIDERS, AMONG OTHER THINGS, CONTINUED FUNDING IF:

1) CONGRESS HAS APPROPRIATED SUFFICIENT FUNDS UNDER THE PROGRAM;
2) THE DEPARTMENT DETERMINES THAT CONTINUING THE PROJECT WOULD BE IN THE BEST INTEREST OF THE GOVERNMENT;
3) THE GRANTEE HAS MADE SUBSTANTIAL PROGRESS TOWARD MEETING THE GOALS AND OBJECTIVES OF THE PROJECT;
4) THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE, THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION;
5) THE RECIPIENT HAS SUBMITTED REPORTS OF PROJECT PERFORMANCE AND BUDGET EXPENDITURES THAT MEET THE REPORTING REQUIREMENTS FOUND AT 34 CFR 75.118, 2 CFR 200.328 AND 200.329, AND ANY OTHER REPORTING REQUIREMENTS ESTABLISHED BY THE SECRETARY; AND
6) THE GRANTEE HAS MAINTAINED FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302, FINANCIAL MANAGEMENT, AND 2 CFR 200.303, INTERNAL CONTROLS.

IN ACCORDANCE WITH 2 CFR 200.308(c)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.

THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(2) The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN.



US Department of Education
Washington, D.C. 20202

S004D220011

# GRANT AWARD NOTIFICATION

If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made under this grant. The term subaward means:
1. A legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient. (See 2 CFR 200.331(a))
2. The term does not include your procurement of property and services needed to carry out the project or program (The payments received for goods or services provided as a contractor are not Federal awards, see 2 CFR 200.501(f) of the OMB Uniform Guidance: "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards").
3. A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract. (See 2 CFR 200.1)

(3) Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4) Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions. The negotiated indirect cost rate agreement authorizes a non-Federal entity to draw down indirect costs from the grant awards. The following conditions apply to the below entities.

A. All entities (other than institutions of higher education (IHE))

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under EDGAR or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of higher education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant s project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5) In accordance with 34 CFR 75.234(b), this award is classified as a cooperative agreement and will include substantial involvement on the part of the program office. This award is made with the condition that the recipient and the U.S. Department of Education successfully maintain the cooperative agreement, which delineates the special provisions between the U.S. Department of Education and the recipient, signed by both parties. If you wish to request reconsideration of this/these specific condition(s), please send written notification describing why such condition(s) should not be imposed on this grant to your Department program officer.

(6) In accordance with 34 CFR 270.30 of the program regulations, grant recipients for this program must have a full-time project director. Within 30 days of award, Southern Education Foundation must provide to the U.S. Department of



**US Department of Education**
**Washington, D.C. 20202**

S004D220011

# GRANT AWARD NOTIFICATION

Education a revised project budget that allocates time and funds to include a full-time project director for the entirety of this grant award.

Validity unknown
Digitally signed by Jean Marchowsky
Date: Mon Sep 26 10:22:54 EDT 2022

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1