## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION, | |
| *Plaintiff*, | |
| v. | Case No. 1:25-cv-01079-PLF |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.,* | |
| *Defendants.* | |

## **MOTION**

PLEASE TAKE NOTICE that, upon the accompanying memorandum, declarations and affidavits, and all prior pleadings and filings, plaintiff Southern Education Foundation will move before the Honorable Paul L. Friedman, United States District Judge, at E. Barrett Prettyman U.S. Courthouse, William B. Bryant Annex, Room 6012, 333 Constitution Avenue, N.W., Washington, D.C. 20001, on April 25, 2025, at 10:00 a.m., for an Order pursuant to Federal Rule of Civil Procedure 65 granting Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction to enjoin Defendants from terminating Plaintiff's Equity Assistance Center grant (PR/Award Number S004D220011), withholding any funds due to Plaintiff under the grant, or taking any adverse action based on the February 13, 2025, Termination Letter, and any other and further relief as the Court deems proper and just.

Respectfully submitted,

**/s/ Lucrecia P. Johnson**
Lucrecia P. Johnson, Esq.
DC Federal Bar# 1015623
LPJ Legal PLLC
853 New Jersey Ave SE, Suite 200
Washington, DC 20003
lucrecia@lpjlegal.com
(202) 643-6211

ROMANO LAW PLLC
***/s/Jamar Creech***
Jamar Creech
Senior Counsel
7200 Wisconsin Avenue
Suite #500
Bethesda, MD 20814
(212) 865-9848
jamar@romanolaw.com