

# DECLARATION OF ESHÉ P. COLLINS

I, Eshé Collins, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am at least eighteen years of age.

2. I am making this statement on April 10, 2025.

3. I am the Director of the Equity Assistance Center-South (EAC-South), operated by the Southern Education Foundation (SEF). I make this declaration based on my personal knowledge and professional responsibilities. I understand that this declaration is being submitted in support of SEF's legal challenge to the U.S. Department of Education (ED)'s termination of its EAC grant.

4. I have served in this capacity since August 2023, during which I have overseen the development, implementation, and management of the EAC-South's technical assistance efforts for public school districts across eleven states in the southern United States and the District of Columbia.

5. The EAC-South is funded through a grant issued by the U.S. Department of Education under Title IV of the Civil Rights Act of 1964 (42 U.S.C. § 2000c et seq.). Our core mission is provide training and technical assistance at the request of school boards, districts and other governmental agencies in eliminating discrimination based on race, color, sex, national origin, or religion and to promote equal educational opportunity.

6. The EAC-South operates on a 5-year grant cycle and is in its third year at the time of the grant's termination by ED. At that time, the EAC-South were actively working with several school districts, including districts under active federal desegregation orders, to provide technical assistance related to teacher recruitment and retention, discipline policies and practices, access to gifted/talented programs and inclusive instructional strategies.

7. Since 2022, when SEF became the new home of the EAC-South, we have completed 33 projects with various school districts (LEAs) and state agencies (SEAs).

8. On or about February 13, 2025, SEF received a Grant Award Notification and Termination Letter from the U.S. Department of Education informing us that the EAC-South grant was terminated, effective immediately. The letter did not identify any instance of noncompliance or provide prior notice. We were given 30 days to submit an appeal to the decision; however we have not received a response to date.

9. For FY24, EAC-South completed eleven projects. These address a range of needs across the states (e.g., diversifying the educator workforce, creating more equal systems of discipline, achieving unitary status, and increasing college and career readiness). Additionally, one district was able to meet partial unitary status because of the technical assistance provided by EAC-South.

|  | FY24 10/1/23 to 9/30/24 | Totals |
|---|---|---|
| **Total # States in the Region served in the performance year** | 11 (and DC) | 11 (and DC) |
|  |  |  |
| **Total # Clients served** |  |  |
| Total # SEAs | 7 | 7 |
| Total # LEAs | 9 | 9 |
| Total # Tribal Governments | 0 | 0 |
| Total # Schools/Campuses | 33 | 33 |

| | | |
|---|---:|---:|
| **Other Government Agencies (RELL Pacific, Comp Centers 14 and 19)** | 3 | 3 |
| **Entities in other categories** | 1 | 1 |
| **Total** | 64 | 64 |

10. Additionally, all projects, as requested by school districts, qualified under two of the four desegregation areas.

**Table 2: FY24 EAC Desegregation Areas**

| | FY24 10/1/23 to 9/30/24 | Totals |
|---|---:|---:|
| **Project Primary Desegregation Areas in the performance year** | | |
| Race | 11 | 11 |
| Gender | 1 | 1 |
| National Origin | 0 | 0 |
| Religion | 0 | 0 |
| Total | 12 | 12 |

11. For this program year, FY25, the EAC-South had 10 projects underway at the time of the grant termination. These projects include continued desegregation support for Fayette County (TN) Public Schools, El Dorado (AR) Public Schools and Uplift Education (TX). Edgecombe County (NC) Public Schools, Troup County (GA) Public Schools, Anniston City (AL) Public Schools, YES! Prep (TX) schools and six school districts in Mississippi requested support for this current year.

12. As a result of the grant termination, SEF was forced to halt all EAC-South operations, suspend services to multiple school districts, and reassign staff. Several districts have been left without the technical assistance they had requested and have come to rely on as part of their civil rights compliance efforts.

13. The disruption has also negatively impacted the thousands of students served by the districts supported by the EAC-South, particularly in communities with ongoing civil rights challenges, limited access to resources, and a history of educational discrimination.

14. The abrupt grant termination has directly impaired SEF's ability to fulfill its obligations under the existing cooperative agreement with ED and current service requests by districts and state agencies. This termination has caused significant harm to the school districts we were assisting.

15. The loss of funding has caused significant organizational harm, including strained staff capacity, cancelled trainings and programming, and reputational damage with long-standing district and agency partners, who relied on SEF's expertise in supporting historically underserved communities.

16. SEF–and the EAC-South by extension—will continue to experience irreparable harm to its programmatic operations, organizational credibility, and ability to carry out its mission under the federally authorized scope of work.

17. The preparation of this declaration was completed in my capacity as Director of EAC-South. I affirm that no federal grant funds were used in the preparation or submission of this declaration.

I have reviewed this statement, understand its contents, and affirm that to the best of my knowledge, the information provided is true and complete.

Executed on this 10th day of April, 2025.

*Eshé P. Collins*

**Eshé P. Collins, Esq.**
Director, Equity Assistance Center-South
Southern Education Foundation