IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants.* | Case No. **1:25-cv-01079-PLF** |

### Supplementary Declaration of Eshé Collins

I, Eshé Collins, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Exhibit 1 is a true and accurate copy of a letter sent by Southern Education Foundation to the Acting Assistant and Deputy Assistant Secretaries of Education in an attempted appeal of the Department's termination of GAN S004D220011.
2. On information and belief, Exhibit 2 is a true and accurate list of DOJ cases with school districts under desegregation orders.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Monday, April 21, 2025        Respectfully submitted,

*/s/ Eshé P. Collins*

Eshé P. Collins, Esq.
Director
Equity Assistance Center-South