# EXHIBIT 1



March 10, 2025


The Honorable Ruth Ryder
Acting Assistant Secretary
U.S. Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW
Washington, D.C. 20202

The Honorable Mark Washington
Deputy Assistant Secretary
U.S. Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW
Washington, D.C. 20202


**RE: Appeal of Termination of the Equity Assistance Center – Region II (GAN: S004D220011)**


Dear Acting Assistant Secretary Ryder and Deputy Assistant Secretary Washington:

This letter serves as the formal appeal to the U.S. Department of Education's ("ED") decision to terminate the Region II Equity Assistance Center,[1] ("Center") a critical program statutorily authorized under Title IV of the Civil Rights Act of 1964[2] and properly funded by Congress[3]. The Civil Rights Act of 1964 authorized the establishment of "Desegregation Assistance Centers" to provide technical assistance in the "preparation, adoption, and implementation of plans for desegregation of public schools."[4] Since the inception of the Civil Rights Act, the Southern Education Foundation ("SEF") has advocated for the centers, understanding the dire need to address the challenges of desegregation and provide broader assistance. Eliminating segregated education and expanding educational opportunities for all children have long been core pillars of SEF's mission.

In the 1960s and 1970s, Desegregation Assistance Centers were established throughout the nation to effectuate the U.S. Supreme Court order in *Brown v. Board of Education*.[5] In 2016, the governing regulation

---

[1] Region II serves 11 states: Alabama, Florida, Georgia, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee, Texas, Virginia and the District of Columbia. Region II is comprised of 2,518 public school districts, 34.6% of the nation's public-school students (17 million) and 11 million students of color. Also, 34.8% of the nation's teachers and 37.7% of the nation's English Language learners resides in the region.
[2] 42 U.S.C. § 2000d, et seq.
[3] Pub. L. 118-17.
[4] 42 U.S.C.§ 2000c-2.
[5] 34 C.F.R. § 270.1 et seq. (version effective until July 18, 2016).

was amended and changed the name to "Equity Assistance Centers" on the basis that "the term 'equity' better reflected the breadth of the types of desegregation issues faced in schools now…, issues related to desegregation include harassment, school climate, resource equity gaps, discrimination, and instructional practices designed to reach all students."[6] However, assisting schools in racial desegregation efforts remains a core purpose of these centers' existence.[7]

In 2022, SEF applied for and received an award from ED to direct and manage the Center for the southern region.[8] SEF's primary purpose in applying was to provide technical assistance to address and resolve longstanding federal school desegregation cases, along with other requests for assistance, in the South. An astounding 132 desegregation cases remain unresolved, according to the U.S. Department of Justice—130 of which are concentrated in the southern states of Region II.[9] SEF secured a **five-year, $8.6 million grant (S004D220011)** to establish the Center as its new home, dedicating substantial time and resources to seamlessly transition the program and strengthen its infrastructure to advance the mission of Title IV and federal law. The Center conducted desegregation-focused work right up until receipt of the termination letter – and the termination letter has been highly disruptive to this work and the schools and students that benefit from it.

On February 13, 2025, at 5:14pm, the Center received a Grant Award Termination letter stating our federal award was terminated immediately because "the grant is inconsistent with, and no longer effectuates, Department priorities." The letter further stated that "Department's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic."[10] At 6:59pm, the same day, the Center received an administrative notification from the Department's G6 grants administration system stating that the Center's grant award was terminated, effective February 13, 2025, and the subsequent grant years were removed from the award notice.[11]  Due to this abrupt termination, the Center has not received its outstanding payment of $78,960.83, in addition to $214,720.95 in expenses for services rendered before February 13, 2025.

Upon receiving the award to operate the Center for the southern region, SEF has focused these resources towards ensuring compliance with federal desegregation mandates and advancing the Supreme Court decision in *Brown v. Board of Education*. The termination of the Center's federal grant is not only unjust but also a direct attack on the fundamental principles of educational opportunity and civil rights in education. **The Center is not a diversity, equity, and inclusion (DEI) initiative or a duplicative program; it is a federally authorized program established under Title IV of the Civil Rights Act to ensure that school districts comply with their legal obligations to provide equal educational opportunities for all students, regardless of race, sex, religion, or national origin.** The Center provides desegregation support, critical technical assistance, and professional development to school districts across the South, helping to address longstanding disparities and uphold federal law. The Center has consistently operated in full compliance with all federal regulations and programmatic requirements. This abrupt termination is both harmful to public school systems and to SEF and is in direct contradiction with the government's commitment to the enforcement of federal civil rights laws. The decision to end the program threatens the progress made towards resolving the longstanding school desegregation cases currently in federal courts throughout the South and ensuring that all students - regardless of race, sex, religion, or national origin - receive access to high-quality education.

---

[6] 34 C.F.R. § 270.1 et seq. (2015).

[7] 34 C.F.R. § 270.1; 34 C.F.R. § 270.7.

[8] *See* Ex. 1, Grant Award Notification S0040220011-1, U.S. Department of Education (September 26, 2022).

[9] *See* Ex. 2, "DOJ Cases with School Districts Under Desegregation Orders", Department of Justice Civil Rights Division (May 2024).

[10] *See* Ex. 3, Grant Award Termination, U.S. Department of Education Office of Secondary and Elementary Education (February 13, 2025).

[11] *See* Ex. 4, Grant Award Notification, S0040220011-24-10, U.S. Department of Education (February 13, 2025).

1. **The Center's activities unquestionably comport with Federal law and regulations.**

Title IV of the Civil Rights Act and 34 C.F.R. § 270 et seq. authorize specifically the type of technical assistance provided by the Center. Title IV recognizes the challenges in addressing the problems that arise in education settings facing continuing vestiges of segregation and authorizes the Secretary to make persons with expertise available to assist schools or other relevant government entities in addressing those problems.

This technical assistance is a supportive resource to school districts committed to advancing educational opportunities for all students. Federal guidance is clear that technical assistance can **only be provided upon request from a school district**,[12] and only to public school personnel, students, parents, and community organizations and members.[13]  Additionally, federal regulations dictate the type of technical assistance to be provided:

> "(1) Dissemination of information regarding effective methods of coping with special educational problems occasioned by desegregation;
> (2) Assistance and advice in coping with these problems; and
> (3) Training designed to improve the ability of teachers, supervisors, counselors, parents, community members, community organizations, and other elementary or secondary school personnel to deal effectively with special educational problems occasioned by desegregation."[14]

The Center has delivered critical, high-impact technical assistance in response to school district, state agency, and community organization requests. The Center has assisted in changing policies to improve student outcomes and bringing state agencies into compliance with state law. The Center has successfully executed 22 technical assistance projects, and has 9 additional requests pending.[15] For example, the Center is working with two Texas charter networks to design and implement a district-wide Multi-Tiered System of Supports (MTSS), which will equip educators with targeted academic interventions to support student needs. Serving over 18,000 students, one network went from having the lowest performing schools in the state to achieving one of the highest academic growths in one year. Additionally, the district met 100% of Texas STARR Domain III targets. In Arkansas, the Center is working with a district to expand access to gifted and advanced placement programs and strengthen family and community engagement. In Mississippi, the Center is supporting a series of districts in the Mississippi Delta to enhance mental health support and special education systems.  All of these ongoing efforts address critical issues facing districts – demonstrating the Center's indispensable role in advancing fairness and excellence in education for all students while also addressing many of the lingering issues that stem from the unfortunate history of racially segregated public education.

2. **The Center's activities remain necessary for compliance with Desegregation Court Orders pursuant to the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.**

The United States Constitution's guarantee of equal protection of all citizens under the laws requires that states dismantle *de jure* racially segregated dual systems of education. The Fourteenth Amendment, ratified in 1868, during Reconstruction, was created to include formerly enslaved persons in the Constitution's

---

[12] 34 C.F.R. § 270.1.
[13] 42 U.S.C.A. § 2000c-2; 34 C.F.R. § 270.3(a); 34 C.F.R. § 270.3.
[14] 34 C.F.R. § 270.4(c); *see also*, 34 C.F.R. § 270.31.
[15] *See,* Ex. 5, FY25 Annual Technical Assistance Plan, The Equity Assistance Center-South, Southern Education Foundation.

definition of "citizens"[16] and to provide equal protection of the laws for all citizens.[17] The Supreme Court's ruling in *Brown I*[18] established that racial segregation of children in schools denies children equal educational opportunities, violating the Equal Protection Clause.[19] The Center's work is directly aligned with this constitutional mandate, directly engaging school districts in achieving and sustaining compliance with the law.

School authorities are responsible for desegregating schools.[20] In *Brown II*, the Court acknowledged that various local problems may emerge, requiring myriad solutions.[21] While the Court urged lower courts to order prompt and reasonable desegregation in line with *Brown I*, it left room for defendants to establish that they needed additional time to comply.[22] Courts can consider whether defendants face challenges in school administration or personnel, condition of physical facilities, school transportation, reconfiguring school districts or attendance areas, and revision of local laws and regulations.[23]

Compliance with the Equal Protection Clause requires that students are admitted to public schools on a racially nondiscriminatory basis.[24] It requires a "dismantling of well-entrenched dual systems."[25] The longer a district fails to desegregate its schools, the greater the scrutiny the court will apply in its determination of whether its plan sufficiently outlines a path to desegregation.[26] The court is to retain jurisdiction over the case "until it is clear that state-imposed segregation has been completely removed."[27] Until a school district achieves unitary status in the eyes of the court, school authorities have an affirmative duty to rid its system of the effects of its prior unconstitutional dual education system.[28] Schools – and, where needed, courts – can use a variety of measures to evaluate and address problems that arise in the process of desegregating.[29]

As a result, schools and courts have relied on the Center to support school districts in their desegregation efforts. As previously stated, 132 school districts remain under federal desegregation orders—an overwhelming 130 of which fall within Region II—underscoring the urgent and ongoing need for desegregation support. By definition, Equity Assistance Centers serve as the regional desegregation technical assistance and training hubs, making the Center's role pivotal in ensuring districts fulfill their constitutional obligations. Currently, the Center is providing critical technical assistance to Fayette County Public Schools (FCPS), in Tennessee, which has remained under a desegregation federal court order since 1965. With the Center's expert assistance, a federal court has determined FCPS has achieved partial unitary status, and the district continues to make substantial progress toward full compliance. The Center has received three additional requests from districts under federal desegregation orders, further demonstrating the importance of

---

[16] https://www.senate.gov/about/origins-foundations/senate-and-constitution/14th-amendment.htm; § 7:4. Equal protection clause, Constitutional Law Deskbook § 7:4.
[17] U.S. Const. amend. XIV.
[18] 347 U.S. 483 (1954), *supplemented sub nom. Brown v. Bd. of Educ. of Topeka, Kan.*, 349 U.S. 294 (1955) (hereinafter *Brown I*).
[19] *Id*.
[20] *Brown v. Bd. of Educ. of Topeka, Kan.*, 349 U.S. 294, 301 (1955) (hereinafter *Brown II*).
[21] *Id*.
[22] *Id*. at 300.
[23] *Id*. at 300-1.
[24] *Id*.
[25] *Green v. Cnty. Sch. Bd. of New Kent Cnty., Va.*, 391 U.S. 430, 437-8 (1968).
[26] *Id*. ("*Brown II* was a call for the dismantling of well-entrenched dual systems tempered by an awareness that complex and multifaceted problems would arise which would require time and flexibility for a successful resolution. School boards such as the respondent then operating state-compelled dual systems were nevertheless clearly charged with the affirmative duty to take whatever steps might be necessary to convert to a unitary system in which racial discrimination would be eliminated root and branch.").
[27] *Id*. at 439.
[28] *Pitts v. Freeman*, 755 F.2d 1423, 1427 (11th Cir. 1985); *see also*, *Freeman v. Pitts*, 503 U.S. 467 (1992).
[29] *See, e.g., Swann*, 402 U.S. at 2 (the Constitution did not prohibit the court from assigning teachers to desegregate faculty).

the Center to bring districts into compliance with federal civil rights law such that desegregation orders are satisfied. Beyond court-ordered desegregation efforts, the Center is also providing essential technical assistance to two districts facing active Office for Civil Rights complaints—both of which explicitly named the Center in their resolution agreements as the preferred technical assistance provider. These cases demonstrate the high demand for the Center's expertise. Without the Center's intervention, these districts risk noncompliance with federal mandates, further jeopardizing students' rights in education. As stated, resolving these longstanding federal school desegregation cases was a major reason for SEF applying for the grant to operate the Center.

In summary, the Center plays a vital role in ensuring school districts fulfill their constitutional obligations under the Equal Protection Clause by supporting compliance with federal desegregation orders. Courts have long held that districts must actively dismantle dual school systems and remain under judicial oversight until segregation has been fully eliminated. Again, with 130 of the 132 federally monitored desegregation cases falling within Region II, the Center provides essential technical assistance to districts still navigating court-mandated efforts.

**3. The Center's activities align with the stated priorities of the Department of Education.**

The Department of Education states its priority is to eliminate discrimination in all forms of education throughout the country.[30] This priority includes supporting programs or initiatives that: do not discriminate on the basis of race, sex, national origin or religion; complies with both the letter and purpose of federal civil rights law; prioritize merit, fairness, and excellence in education; are free from fraud, abuse, or duplication; and serves the best interests of the United States.[31]

The Center's activities are fully aligned with these priorities. As a federally authorized technical assistance center, the Center provides essential support to school districts that continue to struggle with disparities in education resources undeniably traced to failure to fully desegregate systems, leaving new generations of students with limited opportunities. The Center's work directly fulfills ED's mandate by assisting schools in complying with desegregation orders, promoting equal access to educational opportunities, and implementing policies that prioritize merit and fairness. For example, the Center played a key role in assisting a district with a comprehensive revision of its discipline policies and framework, aimed at eliminating unfair disciplinary practices and reducing excessive suspensions. As a direct result of this targeted support, the district saw a dramatic decrease in disciplinary hearings, dropping from 35 per year to just 3—demonstrating the tangible, transformative impact of the Center's expertise in fostering fair school environments and ensuring students remain engaged in their education.

More importantly, the Center's comprehensive technical assistance and training – provided free of charge to school districts -- are designed to benefit all students. The Center's Annual Technical Assistance Plan (ATAP) clearly defines a variety of projects that reflect the diverse requests from school districts.[32] Lastly, the Center operates with transparency and integrity, ensuring that its services are free from fraud, abuse, or duplication while delivering targeted, high-impact solutions that serve the best interests of students and communities across the region. As the only federally authorized technical assistance center of its kind, the Center's distinct expertise reduces any duplication of services. Moreover, the Center's services are at no cost to districts, removing financial barriers and guaranteeing all districts – regardless of resources – have access to essential support.

---

[30] *Ibid.* at 10.
[31] *Id.*
[32] *Ibid.* at 15.

**4.  The Center has consistently satisfied its requirements under the Cooperative Agreement, and the terms and conditions of the award, for the Equity Assistance Center program.**

Each year, the Center has successfully met its performance benchmarks under its Cooperative Agreement, and the grant has been administered in full compliance with the terms and conditions set forth in the grant award.

The Center has consistently fulfilled all obligations under the Cooperative Agreement for the Equity Assistance Center program, operating in full compliance with ED's guidelines and expectations. The Cooperative Agreement, established between ED and SEF, defines the scope, implementation, and management of the Center, including the types of acceptable technical assistance, annual performance measures, budget and reporting requirements, and dissemination of information.[33]

The Center delivers a comprehensive range of universal, targeted, and intensive technical assistance, as outlined in the ATAP, all tailored to the needs of the school districts and education agencies that request our services. More and more, such entities have sought technical assistance from the Center – demonstrating its importance to on-the-ground compliance with federal civil rights laws. The Center has consistently met and exceeded performance goals. Projects have included professional development webinars, training on discipline practices, and policy guidance. Additionally, the Center meets all reporting requirements—submitting monthly, quarterly, and annual updates to ED with transparent and measurable insights into the Center's impact. The Center also maintains strict adherence to budgetary requirements, ensuring that federal funds are used efficiently to deliver high-quality services to school districts, school boards, and other education agencies that rely on its expertise.

Congress explicitly authorized this grant program and allocated funds for ED to distribute in accordance with established procedures outlined in the Education Department General Administrative Regulations (EDGAR),[34] as detailed in the discretionary grants handbook.[35] This project was competitively selected for funding based on EDGAR's criteria for a multi-year grant and underwent rigorous evaluation. The initial Grant Award Notice provided funding for a 12-month budget period on September 26, 2022. Additionally, in accordance with 34 C.F.R.§ 75.253, the Secretary of Education awarded continuation funding for the second and third budget years, affirming that:

1. Congress had appropriated funds for subsequent years,
2. The grantee demonstrated substantial progress in achieving project goals and objectives, and
3. The continuation of the project was determined to be in the best interest of the federal government.

Despite these facts, the termination letter provides no evidence of any activity by the grantee—recently funded for its third budget year on August 22, 2024—that is inconsistent with the terms and conditions of the grant award.[36] Furthermore, ED has not identified any instance in which the grantee has "failed to comply substantially with a requirement of law," as required for termination under GEPA Section 455, 20 U.S.C. 2345(d). This lack of justification raises serious concerns about the legitimacy of the decision and its alignment with federal grant administration protocols.

In all, the termination of the Region II Equity Assistance Center not only undermines federal desegregation efforts but also places school districts at risk of noncompliance with their legal obligations. The Center's work directly aligns with its federally mandated purpose, and its impact is evident through its successful technical assistance – including having already helped a school district satisfy a court desegregation order in

---

[33] *See* Ex. 6, "Cooperative Agreement for the FY2022 Equity Assistance Centers Program," 2022.
[34] 34 C.F.R. Part 75.
[35] "Handbook for the Discretionary Grant Process," U.S. Department of Education, 2023.
[36] *See* Ex. 7, Grant Award Notification, S0040220011-24-9, U.S. Department of Education (August 22, 2024).

part, and continued progress was underway. Each technical assistance request reflects the urgent needs of districts working to ensure merit, fairness and access to all students. The technical assistance and expertise offered by the Center are irreplaceable and essential to upholding the fundamental civil rights protections that Congress envisioned under Title IV and continues to align with ED's priorities. As previously stated, the Center is not a diversity, equity, and inclusion (DEI) initiative, nor is it a duplicative or discretionary program—it is a federally mandated civil rights enforcement mechanism, established under the law.

The Southern Education Foundation has established a truly transformative and essential center. Given the critical role of the Center in supporting districts in meeting their goals of complying with Federal law and advancing educational excellence, we respectfully urge ED to: (1) reverse its decision to terminate the program, (2) reinstate full funding and support for Region II, and (3) fulfill all outstanding payments and reimburse pending expenses incurred prior to the termination. We remain committed to working collaboratively to identify solutions that ensure uninterrupted support for school districts as they strive to meet their desegregation mandates and provide equitable educational opportunities for all students.

Thank you for your time and consideration. We would appreciate the opportunity to discuss this matter further and explore possible avenues for sustaining the critical work of the Equity Assistance Centers. Please feel free to contact us at your earliest convenience.

Best Regards,

Raymond Pierce
President and CEO
rpierce@southerneducation.org

Eshé P. Collins
Director, Equity Assistance Center-South
ecollins@southerneducation.org

Enclosures: Exhibits (7)

S004D220011

# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| | | | |
|---|---|---|---|
| **1** | **RECIPIENT NAME**<br><br>Southern Education Foundation Inc<br>101 Marietta Street<br>Suite 1650<br>Atlanta, GA 30303 | **2** | **AWARD INFORMATION**<br><br>PR/AWARD NUMBER   S004D220011<br>ACTION NUMBER   1<br>ACTION TYPE   New<br>AWARD TYPE   Discretionary |
| **3** | **PROJECT STAFF**<br><br>RECIPIENT PROJECT DIRECTOR<br>  Max Altman   (404) 991-6774<br>  maltman@southerneducation.org<br>EDUCATION PROGRAM CONTACT<br>  Rebekka Meyer   (202) 453-5641<br>  rebekka.meyer@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK   888-336-8930<br>  obssed@servicenowservices.com | **4** | **PROJECT TITLE**<br><br>84.004D<br>EAC Region II--EAC South at Southern Education Foundation |

**5**    KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Tonya Gentry | Project Director | 85 % |

**6**    AWARD PERIODS

           BUDGET PERIOD       10/01/2022 - 09/30/2023
        PERFORMANCE PERIOD      10/01/2022 - 09/30/2027

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 2 | 10/01/2023 - 09/30/2024 | $1,686,582.00 |
| 3 | 10/01/2024 - 09/30/2025 | $1,686,206.00 |
| 4 | 10/01/2025 - 09/30/2026 | $1,685,772.00 |
| 5 | 10/01/2026 - 09/30/2027 | $1,685,336.00 |

**7**    AUTHORIZED FUNDING

                 THIS ACTION     $1,645,846.00
             BUDGET PERIOD     $1,645,846.00
       PERFORMANCE PERIOD     $1,645,846.00

**8**    ADMINISTRATIVE INFORMATION

            UEI/SSN     JQDXYMFMGTB4
         REGULATIONS     CFR PART 270272
                      EDGAR AS APPLICABLE
                      2 CFR AS APPLICABLE
        ATTACHMENTS     2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , B OESE , GE1 , GE2 , GE3 , GE4 , GE5

**9**    LEGISLATIVE AND FISCAL DATA

       AUTHORITY:                 PL 88-352 IV TITLE IV - CIVIL RIGHTS ACT OF 1964.
       PROGRAM TITLE:         CIVIL RIGHTS TRAINING AND ADVISORY SERVICES
       CFDA/SUBPROGRAM NO:    84.004D

S004D220011



# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1000A | 2022 | 2022 | ES000000 | B | Q32 | 000 | 004 | 4101C | $1,645,846.00 |

**10**

PR/AWARD NUMBER:            S004D220011
RECIPIENT NAME:            Southern Education Foundation Inc
GRANTEE NAME:            SOUTHERN EDUCATION FOUNDATION INC
            101 MARIETTA ST NW, STE 1650
            ATLANTA, GA -
PROGRAM INDIRECT COST TYPE:    Unrestricted
PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)    THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:

1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180; NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIAL TERMS AND CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, THE SECRETARY CONSIDERS, AMONG OTHER THINGS, CONTINUED FUNDING IF:

1) CONGRESS HAS APPROPRIATED SUFFICIENT FUNDS UNDER THE PROGRAM;
2) THE DEPARTMENT DETERMINES THAT CONTINUING THE PROJECT WOULD BE IN THE BEST INTEREST OF THE GOVERNMENT;
3) THE GRANTEE HAS MADE SUBSTANTIAL PROGRESS TOWARD MEETING THE GOALS AND OBJECTIVES OF THE PROJECT;
4) THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE, THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION;
5) THE RECIPIENT HAS SUBMITTED REPORTS OF PROJECT PERFORMANCE AND BUDGET EXPENDITURES THAT MEET THE REPORTING REQUIREMENTS FOUND AT 34 CFR 75.118, 2 CFR 200.328 AND 200.329, AND ANY OTHER REPORTING REQUIREMENTS ESTABLISHED BY THE SECRETARY; AND
6) THE GRANTEE HAS MAINTAINED FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302, FINANCIAL MANAGEMENT, AND 2 CFR 200.303, INTERNAL CONTROLS.

IN ACCORDANCE WITH 2 CFR 200.308(c)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.

THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(2)    The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN.



## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made under this grant. The term subaward means:

1. A legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient. (See 2 CFR 200.331(a))

2. The term does not include your procurement of property and services needed to carry out the project or program (The payments received for goods or services provided as a contractor are not Federal awards, see 2 CFR 200.501(f) of the OMB Uniform Guidance: "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards").

3. A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract. (See 2 CFR 200.1)

(3)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions. The negotiated indirect cost rate agreement authorizes a non-Federal entity to draw down indirect costs from the grant awards. The following conditions apply to the below entities.

A. All entities (other than institutions of higher education (IHE))

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under EDGAR or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of higher education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant s project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)   In accordance with 34 CFR 75.234(b), this award is classified as a cooperative agreement and will include substantial involvement on the part of the program office. This award is made with the condition that the recipient and the U.S. Department of Education successfully maintain the cooperative agreement, which delineates the special provisions between the U.S. Department of Education and the recipient, signed by both parties. If you wish to request reconsideration of this/these specific condition(s), please send written notification describing why such condition(s) should not be imposed on this grant to your Department program officer.

(6)   In accordance with 34 CFR 270.30 of the program regulations, grant recipients for this program must have a full-time project director. Within 30 days of award, Southern Education Foundation must provide to the U.S. Department of



S004D220011

### US Department of Education
### Washington, D.C. 20202

## GRANT AWARD NOTIFICATION

Education a revised project budget that allocates time and funds to include a full-time project director for the entirety of this grant award.

Validity unknown

Digitally signed by Jean Marchowsky

Date: Mon Sep 26 10:22:54 EDT 2022

**AUTHORIZING OFFICIAL**                          **DATE**

Ver. 1

EXHIBIT 2

**U.S. Department of Justice**
# Civil Rights Division

civilrights.justice.gov

# DOJ Cases with School Districts Under Desegregation Orders

## Alabama

Anniston City
Athens City
Chambers County
Choctaw County
Clay County
Cleburne County
Colbert County
Cullman County
Fayette County
Florence City
Fort Payne City
Franklin County
Homewood City
Hoover City
Huntsville City
Jackson County
Jacksonville City
Jefferson County
Lamar County
Lanett City
Lauderdale County
Leeds City
Madison County
Marion County
Marshall County
Morgan County
Pickens County
Piedmont City
Russellville City
Scottsboro City
Sheffield City
Shelby County
St. Clair County
Sumter County
Tarrant City
Trussville City
Tuscaloosa County
Tuscumbia City
Winfield City

## Arkansas

England #2
Junction City
Watson Chapel

## Connecticut

Waterbury

## Florida

Bay County
Bradford County
Flagler County
Hendry County
Jackson County
Pasco County

## Georgia

Appling County
Baldwin County
Barrow County
Bryan County
Calhoun County
Clinch County
Columbia County
Crisp County
Dodge County
Dooly County
Early County
Emanuel County
Irwin County
Jeff Davis County
Lincoln County
McDuffie County
Mitchell County
Montgomery County
Pulaski County
Randolph County
Sumter County
Tattnall County
Taylor County
Telfair County
Vidalia City
Warren County
Wayne County
Wheeler County
Wilcox County
Worth County

## Indiana

South Bend

## Louisiana

Bienville Parish
Bossier Parish
Caddo Parish
Concordia Parish
DeSoto Parish
Plaquemines Parish
Pointe Coupee Parish
Sabine Parish
St. John the Baptist Parish
St. James Parish
St. Martin Parish
St. Mary Parish
St. Tammany Parish

## Mississippi

Attala County
Benton County
Brookhaven City
Cleveland
Clinton City
Columbia City
Copiah County
Forrest County
Kemper County
Kosciusko
Lauderdale County
Laurel
Lawrence County
Leake County
Lincoln County
Louisville City
Marion County
Neshoba County
Nettleton Line
North Pike
North Tippah
Rankin County
Scott County
South Pike
South Tippah
Starkville-Oktibbeha
Walthall County
Winona-Montgomery
Yazoo City
Yazoo County

## North Carolina

Franklin County
Halifax County

## South Carolina

Chesterfield County
Dorchester County #4
Georgetown County

## Tennessee

Dyersburg
Fayette County

## Texas

Garland

## Virginia

Suffolk City

*May 2024*



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF SECONDARY AND ELEMENTARY EDUCATION
OFFICE OF ADMINISTRATION

Eshe  Collins
Project Director
SOUTHERN EDUCATION FOUNDATION INC
101 Marietta Street
Suite 1650
Atlanta, GA 30303

RE: Grant Award Termination

Dear  Eshe  Collins     :

This letter provides notice that the United States Department of Education is terminating your federal award,  S004D220011          . *See* 2 C.F.R. § 200.340-43; *see also* 34 C.F.R. § 75.253.

It is a priority of the Department of Education to eliminate discrimination in all forms of education throughout the United States. The Acting Secretary of Education has determined that, per the Department's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Department's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Illegal DEI policies and practices can violate both the letter and purpose of Federal civil rights law and conflict with the Department's policy of prioritizing merit, fairness, and excellence in education. In addition to complying with the civil rights laws, it is vital that the Department assess whether all grant payments are free from fraud, abuse, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; that violate either the letter or purpose of Federal civil rights law; that conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4); *see also* 34 C.F.R. § 75.253. Therefore, pursuant to, among other authorities, 2 C.F.R. § 200.339-43, 34 C.F.R. § 75.253, and the termination provisions in your grant award, the Department hereby terminates grant No.  S004D220011         in its entirety effective  2/13/25          .

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

If you wish to object to or challenge this termination decision, you must submit information and documentation supporting your position in writing within 30 calendar days of the date of this termination notice. Objections and challenges must be sent by email and first-class mail and addressed to the component head that oversees the grantmaking unit, which will typically be the Assistant Secretary of that unit. In this case, please address your objection or challenge to Ruth Ryder, Acting Assistant Secretary; Office of Elementary and Secondary Education; 400 Maryland Ave., SW; Washington, D.C. 20202; ruth.ryder@ed.gov.

Your appeal should contain the following:
1. a copy of the written notice of termination;
2. the date you received written notice of termination;
3. a brief statement of your argument and the disputed factual, legal, or other issues;
4. the amount of funds or costs in dispute, if any; and
5. any other relevant documents.

*See id.* § 200.342.

Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions. *See id.* § 200.344(i).

Finally, you are reminded of your duties under your agreement and Department of Education guidance regarding retention of grant records for at least three years.

Respectfully,

MARK WASHINGTON
Digitally signed by MARK WASHINGTON
Date: 2025.02.13 17:14:22 -05'00'

Deputy Assistant Secretary for Management and Planning

cc: Ruth Ryder

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

S004D220011 - 24

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Southern Education Foundation Inc<br>101 Marietta Street<br>Suite 1650<br>Atlanta, GA 30303 | PR/AWARD NUMBER   S004D220011 - 24<br>ACTION NUMBER   10<br>ACTION TYPE   Administrative<br>AWARD TYPE   Discretionary |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Eshe Collins    (404) 523-0001<br>  ecollins@southerneducation.org<br>EDUCATION PROGRAM CONTACT<br>  Bryan C Keohane    (202) 260-9738<br>  bryan.keohane@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.004D<br>EAC Region II--EAC South at Southern Education<br>Foundation |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Eshe Collins | Project Director | 100 % |

**6** AWARD PERIODS

        BUDGET PERIOD    10/01/2024 - 02/13/2025
      PERFORMANCE PERIOD    10/01/2022 - 02/13/2025

FUTURE BUDGET PERIODS

N/A

**7** AUTHORIZED FUNDING

          THIS ACTION        N/A
        BUDGET PERIOD    $1,497,938.00
    PERFORMANCE PERIOD    $4,736,247.00

**8** ADMINISTRATIVE INFORMATION

          UEI    JQDXYMFMGTB4
    REGULATIONS    CFR PART 270272
              EDGAR AS APPLICABLE
              2 CFR AS APPLICABLE
    ATTACHMENTS    N/A

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:          PL 88-352 IV TITLE IV - CIVIL RIGHTS ACT OF 1964.
  PROGRAM TITLE:      CIVIL RIGHTS TRAINING AND ADVISORY SERVICES
  CFDA/SUBPROGRAM NO:    84.004D



**US Department of Education**
**Washington, D.C. 20202**

S004D220011 - 24

# GRANT AWARD NOTIFICATION

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S004D220011 - 24 |
| RECIPIENT NAME: | Southern Education Foundation Inc |
| GRANTEE NAME: | SOUTHERN EDUCATION FOUNDATION INC |
| | 101 MARIETTA ST NW, STE 1650 |
| | ATLANTA, GA 30303 - 2720 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | |

TERMS AND CONDITIONS

(1)  THE BUDGET PERIOD AND PERFORMANCE PERIOD FOR THIS PROJECT ARE CHANGED TO THE DATES IN BLOCK 6. NO ADDITIONAL FUNDS ARE PROVIDED BY THIS ACTION.

(2)  The grant is deemed to be inconsistent with, and no longer effectuates, Department priorities. See 2 C.F.R. 200.340(a)(4); see also 34 C.F.R. 75.253.

## LAVANNA WEEMS
Digitally signed by LAVANNA WEEMS
Date: 2025.02.13 18:58:41 -05'00'

**AUTHORIZING OFFICIAL**                    **DATE**

Ver. 1

| Project ID | Project Title | State | Client Name | Summary of Need | Topic(s) and/or Content Area | Target # To Be Served (Targeted & Intensive TA only) | Description of Services |
|---|---|---|---|---|---|---|---|
| 2023-R1-I-0001 | Sample Request | ME | District A | Native students under-represented in AP classes in District A. | Native students; AP; college and career readiness | 30 teachers | Provide training for teachers to examine potential causes for underenrollment, identify equity-oriented leadership strategies to encourage preparation and support enrollment practices for Native students. Approaches may include consulting with community members, students and families. |
| 2023-R2-I-0001 | Fayette Public County Schools: On the Path to Unitary Status | TN | Fayette County Public Schools | Under a current desegregation order, the school district is in the final stages of achieving partial unitary status. The District continues to pursue full unitary status by 2026. The District has requested additional support in the implementation of its revised discipline framework and newly-created recruitment and retention plan for the 2024-2025 school year. | Student discipline, student assignment and diversity in faculty/staff recruitment/retention | 9 schools, 3,203 students, 300 teachers | Work with school leaders, community stakeholders, and educators to resolve outstanding areas of: faculty recruitment, gifted and talented policies/opportunities, and student discipline. Approaches may include staff training and recruitment support, community and student engagement (including advisory boards) and monitoring of implementation. Additional consultation includes the District's general counsel, Legal Defense Fund (LDF), and the Department of Justice (DOJ). |
| 2023-R2-U-0002 | Increasing Teacher Diversity through Effective Hiring Practices | AL, AR, DC, FL, GA, LA, MS, NC, SC, TN TX, VA | State and local education agency teams working in educator effectiveness | The EAC-South is dedicated to addressing one of the most crucial yet often overlooked aspects of the education system: teacher recruitment and retention. The EAC-S recognizes that the formation of a successful educational institution lies in the hands of its teachers, and that's why we are prepared to develop comprehensive and robust toolkits tailored specifically for enhancing teacher retention. The toolkits will be meticulously crafted to provide schools and educational establishments with effective strategies, resources, and support systems to create a conducive environment for teachers to thrive. By focusing on teacher well-being, growth opportunities, and fostering a sense of belonging within the school community, these toolkits will be designed to not only retain valuable teaching staff but also elevate the overall quality of education. The EAC-South will review data including retention rates, turnover rates, reasons for leaving, and other pertinent demographic data, to examine the nuances found when attempting to retain educators. Additionally, collaboration to understand the best practices and strategies that yield the effective attraction, recruitment, and selection of educators will be examined to inform the toolkit development. The EAC-South will create a series of toolkit collateral that can be shared broadly across all platforms and the Region. | Teacher Diversity - Recruitment and Retention | N/A | Conduct a scan of all 11 states and DC in the EAC-South Region to assess historical and current evidence-based indicators related to teacher diversity, including: a) the degree to which college students stay and teach in rural communities in the south b) salaries for teachers of color in the south, compensation for c) the existence of mentorship and/or Grow Your Own and apprenticeship programs for new hires to help recruit and retain effective teachers. This work will include desk research as well as state-by-state (and key district) conversations to add nuance and detail to public findings and to anticipate contemporary and pipeline needs. We will also explore partnerships with institutions of higher education (HBCUs and LEAs that have shown success in this area and bring a peer group together to share their learnings with each other Source: https://www.newamerica.org/education-policy/reports/grow-your-own-teachers/a-look-at-the-data |
| 2023-R2-U-0009 | Increasing Access to AP Courses for Students of Color | AL, AR, DC, FL, GA, LA, MS, NC, SC, TN TX, VA | Region II | The Advanced Placement (AP) program provides students with opportunities to engage in rigorous college-level coursework while still in high school. Nationally, students of color are under-represented in AP courses. There is a need to build knowledge and tools to help families navigate and advocate for AP courses for their children, in which preparation can begin in middle school. It is essential for district leaders to support and promote the AP program, equitably, within their district. This toolkit aims to provide a comprehensive set of resources and strategies to effectively administer the AP program and enhance student success. By utilizing this toolkit, districts can create an environment that encourages student participation, supports teachers, and maximizes the benefits of AP courses. | AP; Postsecondary; College and Career Readiness | N/A | Based on current and historical data, identify the patterns of AP access in the Region, particularly when data are disaggregated by race and other subgroups. Apply what is learned to design a series of supports that will help SEAs and LEAs understand existing gaps in AP opportunity and learn about a range of evidence-based strategies to provide greater access to AP courses to all students. |
| 2023-R2-T-0033 | Demystifying Desegregation Cases: Data-driven Decision Making at All Stakeholder Levels | TX, VA, GA | SEA leaders | Region II has over 70% of open desegregation cases and stakeholders have varied levels of understanding around compliance and district impact. School leaders, community leaders and other partners often are not aware of the data elements needed to make decisions. If data is available, it is often not accessed by the larger population, and most stakeholders are unaware of how to frame equity-related questions to inquire about more information. | Desegregation areas (Green Factors), Jurisdictional and state-specific data overview | N/A | We will provide a virtual introduction to the new EAC-South, facilitate a discussion of desegregation cases (as well as their origins and implications), and outline the roles the respective agencies play (i.e., EAC, OCR, and DOJ) in assisting clients reach unitary status. We will engage up to 5 LEAs in a pilot professional learning community in the initial analysis of data in a topic area that the group chooses to focus on to identify disparities in race, national origin, sex and/or religion. We will work with our stakeholders to support triangulating data from different sources and design data visualization prototypes that can present sample data in user-friendly and actionable formats for a variety of stakeholders. LEA teams will receive guidance on information to share with their school data vendors to display the data in ways that are easily understood and actionable. The groups will co-create equity-framed guiding questions around this data that can be used within their LEA as well as within the community conversations. |
| 2024-R2-I-0020 | Uplift Education (TX): Multi-Tiered System of Supports | TX | Uplift Education | Uplift Education (TX) requested assistance in the planning, designing, and executioning of a Multi-Tiered System of Support (i.e. students are universally screened each year and have access to interventions as schools observe needs through data) either across the district or in key content or grade levels in preparation and throughout the 24-25 school year. | Academic and behavior interventions; RTI and PBIS frameworks | 19 schools, 23,082 students | The EAC-South, in partnership with All Means All, will provide technical assistance to build practices across adult culture, goal-setting, problem solving and collaboration, inclusive restorative practices and MTSS support. Also, the EAC-South will provide targeted feedback on deliverables intended to help the district accomplish its goals. |
| 2024-R2-I-0021 | El Dorado School District | AR | El Dorado Public School District | In response to its OCR resolution, El Dorado School District has requested assistance in addressing the equal access of Black students to gifted and talented programs, college and career preparatory courses and dual credit courses. The district must create data collection, community engagement and staff training plans along with make changes in its academic counseling services and student accessibility. | Academic rigor; gifted and talented; advanced course program | 7 schools, 4,051 students | The EAC-South is conducting an assessment of the equal access and participation in the gifted/talented and advanced placement courses for all students. From this assessment and collaboration, the EAC-South will make recommendations for improvement, train appropriate staff and assist in the creation of an effective community engagement plan. |
| 2024-R2-T-0005 | Collaborating Across TA Partners and Colleagues to Best Address Needs in the Areas of Desegregation in Region II | AL, AR, DC, FL, GA, LA, MS, NC, SC, TN TX, VA | Region II | Regional Comprehensive Centers and Regional Education Laboratories (RELs) support SEA partners in Region II. With limited knowledge of EACs, there is a great opportunity for collaboration and partnership to support districts throughout the region. We learned from these TA partners that SEAs, within the region, often are not aware of the EAC and our services that we are able to provide independently or together with our REL and RCC partners. SEA leaders have also expressed an explicit interest in wanting to learn from successes and challenges of their peers in the region. As the EAC-South grows, this collaboration will be essential in providing a comprehensive approach to high-quality technical assistance to our district and Region II. | Race, National Origin, Sex, National Origin | During the first half of the year, the EAC-S team will focus on needs sensing activities at various levels within SEAs and LEAs. Then, by August 2025, the center will convene TA partners to share progress of the EAC-South, collaborative opportunities and and action planning to include TA partners in Year 3 projects and beyond. Currently, EAC-South is explore facilitating this discussion in August and September as teams develop plans for the next year and determine if and how we may coordinate/collaborate as partners. | |
| 2024-R2-T-0022 | Moving Mississippi Forward: Supporting special education and mental health efforts throughout the state | MS | Region II | In Mississippi, there is a critical need to support students, families and school districts in ensuring access in special education and mental health resources and services, compliance with desegregation orders and improving community engagement. This targeted technical assistance will support six districts, in the MS Delta, with needs assessments, convenings and mental health and IEP toolkits. | Academic and behavior interventions; social-emotional learning, mental health supports | 6 districts: North Bolivar, Cleveland, Leland, Sunflower, West Bolivar, Greenville | The EAC-South will develop and implement four key initiatives to support equitable education and student success. The creation of an IEP Toolkit, a statewide Mental Health Convening, needs assessments will be conducted in targeted districts—including North Bolivar, Cleveland, Leland, Sunflower, West Bolivar, and Greenville, and educating parents and school districts on desegregation orders, helping districts meet compliance requirements. |
| 2025-R2-I-0023 | YES Prep Public Schools (TX): Multi-Tiered System of Supports | TX | Yes Prep Public Schools | YES Prep has requested assistance in the planning, designing, and executioning of a district-wide multi-tiered system of support (MTSS). With cohort leadership training and systems design, the goal is to close achievement and opportunity gaps and improve subpopulation performance as indicated in Domain III of Texas' school accountability system. | Academic and behavior interventions; RTI and PBIS frameworks | 25 campuses; 19,473 students | The EAC-South, in collaboration with All Means All, will offer technical assistance to enhance evidence-based practices in leadership development, goal-setting, problem-solving, discipline disproportionality prevention, collaboration, inclusive restorative practices, and MTSS support. Additionally, the EAC-South will provide focused feedback on deliverables aimed at helping the district achieve its goals. |
| 2025-R2-I-0024 | Increasing College Readiness and Access in Anniston City Schools (AL) | AL | Anniston City Schools | Anniston City Schools (ACS) has requested technical assistance to increase alignment with Alabama state policies aimed at increasing graduation rates as well as adherence to local and state mandates ensuring access to advanced coursework. ACS needs support with strategic planning and capacity-building for leaders and teachers to implement practices that build students' habits of mind (critical thinking, problem-solving, and resilience) and promote sustainable practices in college readiness initiatives. | Academic Rigor, College and Career Readiness, Leadership | 20–30 staff members; 740 students | The EAC-South, will provide technical assistance to build practices related to enhancing staff capacity, increasing equitable college-readiness structures, and analyzing graduation data by identity indicators to create data-informed strategic plans. |

**COOPERATIVE AGREEMENT FOR THE FY2022 EQUITY ASSISTANCE CENTERS PROGRAM**



**COOPERATIVE AGREEMENT**

**between the**

**U. S. DEPARTMENT OF EDUCATION**
**and**

**Southern Education Foundation, Inc.**
**PR Award Number: S004D220011**

## Article I.    Purpose & Scope

### Section 1.01   Purpose

The purpose of this Cooperative Agreement (hereinafter "Agreement") is to establish and outline the substantial involvement between the U.S. Department of Education (hereinafter "Department") and **Southern Education Foundation, Inc.** (hereinafter "Grantee") in the operation of an Equity Assistance Center (EAC) in Region II that meets the requirements of the Equity Assistance Centers program authorized under Title IV of the Civil Rights Act of 1964, 42 U.S.C. 2000c - 2000c-2 and 2000c-5, and the implementing regulations in 34 C.F.R. Part 270. The Grantee will provide training and technical assistance at the request of school boards and other responsible governmental agencies on issues of equity related to race, national origin, sex, or religion.  Such technical assistance is designed to:

- Improve and sustain a public education system's capacity to address issues occasioned by desegregation and inequities; and
- Increase equitable educational opportunities for all students regardless of their race, national origin, sex, or religion.

The project activities will be accomplished through the implementation of this Agreement between the Department and the Grantee as set forth in the Notice Inviting Applications (Notice) for this competition published in the *Federal Register* (87 FR 8564, February 15, 2022), the Grantee's grant application, and any subsequent additions to this Agreement.  This Agreement allows the Department to have substantial involvement in the nature and scope of the activities of

the EAC. The terms used in this Agreement, unless otherwise noted, are defined in the Notice or the implementing regulations.

### Section 1.02   Statement of Work

The Secretary is authorized, upon request, to render technical assistance in the preparation, adoption, and implementation of plans for the desegregation of public schools—which in this context means plans for equity (including desegregation plans based on race, national origin, sex, or religion)—and in the development of effective methods of coping with special educational problems occasioned by desegregation.

There will be a high degree of interaction between the Grantee and the Department during the project performance period with the substantial involvement of the Department in project activities to include, at a minimum, frequent communication regarding operation of the project, and review of products, as appropriate. The Department will support the continuing efficient operation of the work of the Grantee under this project.

(a)   Training and Technical Assistance (TA)

The Grantee will provide training and TA in the following categories:

(i) **Universal TA**
This category of TA primarily comprises information and products developed by the Grantee or its predecessors that can be accessed by school boards and other responsible governmental agencies requiring minimal individualized interaction with Grantee staff.

*Examples of Universal TA Activities:*

- Provide access to existing evidence-based professional learning opportunities, including self-paced modules, courses and other online context that cover issues under the four desegregation areas (race, national origin, sex, or religion).
- Provide access to information and products developed by the Grantee to school boards and other responsible governmental agencies by telephone, video conference, chat, or email and other media as needed, which could include hosting webinars on equity related topics for a broad audience.
- Identify, disseminate, and promote the use of evidence-based policies, practices, and other resources when providing TA in response to requests from school boards and other responsible governmental agencies.
- Develop and maintain a fully accessible, responsive regional website with an online repository containing resources including, but not limited to, research syntheses, rubrics, briefs, training manuals, newsletters, webinars, and other TA tools and products. The website should contain interactive features including a standardized and user-friendly TA intake form, keyword search, and social media channels for public engagement (e.g., RSS feeds, Twitter feeds).

**(ii)  Targeted TA**

This category of TA comprises short-term and less resource- or labor-intensive activities (as compared to Intensive TA, below) that are generally based on needs common to multiple school boards or other responsible governmental agencies and not extensively individualized.

*Examples of Targeted TA Activities:*

Respond to targeted TA requests from school boards and other responsible governmental agencies, including but not limited to the following activities:

- Providing remote and in-person expert consultation or training to address equity issues including but not limited to reducing implicit bias, improving cultural competencies, implementing nondiscriminatory policies to prevent and counter prejudice and insensitivity based on race, national origin, sex, or religion, and creating safe and supportive learning environments that are free from harassment, bullying, teasing, and hate crimes based on race, national origin, sex, or religion.
- Provide training at conferences designed to improve the ability of teachers, supervisors, counselors, parents, community members, community organizations and other elementary or secondary school personnel to deal effectively with special educational problems occasioned by desegregation.
- Establish, as appropriate, communities of practice (CoP) and peer-to-peer exchanges on equity topics which could include managing cohort- or project-based leadership academies or implementing a series of professional development activities to respond to regional requests by school boards and other responsible governmental agencies.
- Facilitate, when requested, conference calls on equity-related topics that are designed in response to multiple requests for TA from a region, State, or school district, which could include coordinating TA among Department-funded TA providers, community-based organizations, and other Federal agencies, as appropriate.

**(iii)  Intensive TA**

This category of TA comprises virtual and/or in-person support to a specific client that is more likely to result in changes to policies, programs, practices, or operations that support increased human capacity and/or improved organization- or system-level outcomes. This TA requires a stable, ongoing relationship with the school boards or other responsible governmental agencies receiving assistance under this program. The Grantee will need to garner the appropriate commitments from the requesting school board or other responsible governmental agency and negotiate a memorandum of understanding (MOU) that contains, at minimum, an agreed upon period of performance, objectives, directly responsible individuals, milestones, and outcomes.

*Examples of Intensive TA Activities:*

Respond to Intensive TA requests from school boards and other responsible governmental agencies, including but not limited to the following activities:

**EXHIBIT 6**

- Developing customized tools and resources, providing expert consultants, and offering need-based training remotely or in-person to accomplish agreed-upon objectives.
- Assisting school boards and other responsible governmental agencies in conducting needs assessments, including equity audits, and developing comprehensive implementation plans and policies for addressing issues under the desegregation areas (race, national origin, sex, or religion).
- Assisting school boards and other responsible governmental agencies in advancing district desegregation efforts by engaging in community asset mapping including but not limited to coordinating with State and local entities in order to implement effective methods of coping with special education problems occasioned by desegregation.
- If requested by school boards or other responsible governmental agencies, collaborate with the Office for Civil Rights (OCR), the Department of Justice (DOJ), the Department of Housing and Urban Development (HUD), the Department of Transportation (DOT) and other Federal agencies, as appropriate, to provide TA to school boards and other responsible governmental agencies that support compliance with Federal civil rights laws and address civil rights, desegregation, and equity issues, including working directly with local educational agencies ( LEAs) that are implementing Resolution Agreements.

**(b)  Amendments to Activities**

Changes to activities to be conducted under this Agreement (consistent with the scope and objectives of the Grantee's approved application), or details on how existing tasks should be performed shall be discussed with and approved by the Department. At that time, we will issue an amendment with the agreed-to revisions indicated.

As a reminder, should it be determined that any grant funded activities conflict with the EAC program regulations, the regulations take precedent. The Grantee may contact their Program Officer if they have questions.

Other modifications to this Agreement can be made at the request of the Grantee, if approved by the Department. The Grantee should propose any needed amendments to this agreement to their Program Officer Program Officer within the Office of Program and Grantee Support Services (PGSS), Office of Elementary and Secondary Education (hereinafter "Program Office").

## Article II.    Requirements

### Section 2.01   Operating in the Geographic Region

The following conditions must be met by all EAC grantees, as outlined in 34 C.F.R. Part 270.30:

(a) A recipient of a grant under this part must:

(1) Operate an EAC in the geographic region to be served; and

(2) Have a full-time project director.

**EXHIBIT 6**

**Section 2.02    Regional Cooperation**

A recipient of an EAC grant must coordinate assistance in its geographic region with appropriate SEAs, Comprehensive Centers, Regional Educational Laboratories, and other Federal technical assistance centers. As part of this coordination, the recipient shall seek to prevent duplication of assistance where an SEA, Comprehensive Center, Regional Educational Laboratory, or other Federal technical assistance center may have already provided assistance to the responsible governmental agency.

**Section 2.03    Transition**

A recipient of an EAC grant must communicate and coordinate with the most recent EAC grant recipient(s) in its region, as needed, to ensure a smooth transition for ongoing technical assistance under the EAC program.

### Article III.    Program Management

**Section 3.01    Annual TA Plan**

The Grantee shall carry out activities as indicated by the Annual TA Plan, which must be submitted to the Program Office by February 3, 2023 for Year 1 and 30 business days before the beginning of the 2nd, 3rd, 4th, and 5th project year for Years 2-5. The Annual TA Plan must align with the Grantee's grant application and should only describe activities planned by the Grantee that are being carried out pursuant to a request for TA from a school board or other responsible governmental agency in accordance with 34 C.F.R. Part 270.3. The Annual TA Plan will be submitted in a format and template consistent with guidelines provided by the Department.

**Section 3.02    Performance Measures**

The Grantee will provide the Department with credible, timely, and ongoing feedback about the efficacy of the TA delivered, and the impacts it has on school boards and other responsible governmental agencies receiving TA under this program.

The Department expects the Grantee to monitor performance progress to outcomes for the required performance measures, which are in the Notice Inviting Applications and outlined in Section 4.02. The Grantee will also submit data for any measures outlined in their application.

**Section 3.03    Communication**

The Grantee shall maintain regular communication with the Department for the purposes of project planning and management, and ongoing problem solving.  This communication will include:

- Bi-monthly (every two months) virtual meetings between the Grantee's Key Personnel and the Program Officer.

- Monthly virtual meetings with the Department and other Grantee cohort for the purposes of sharing information pertinent to the EAC program and related Department initiatives, networking, and ensuring effective execution of project activities.

## Section 3.04   Department Meetings

The Grantee may take part in virtual and in-person meetings with Department staff and other Grantees. In-person meetings will be in Washington, DC, or at another mutually acceptable location. Meetings may include EAC presentations, an annual performance review, Department presentations, and project-specific meetings. The Grantee will assist in planning and carrying out these meetings, as requested by the Department.

The Grantee may be asked to participate, to the extent possible, in such other meetings, training and information sessions, and conferences related to the work of the EAC program as deemed appropriate by the Grantee or the Department.

The Grantee should budget for travel expenses (2 C.F.R Part 200.475) for the Project Director and at least one additional staff member to participate in one in-person meeting in Washington, D.C. each year. For all meetings that may include travel, ample notice will be provided for budget planning purposes.

## Section 3.05   Budget Maintenance

The Grantee is expected to adhere to the administrative and fiduciary requirements, as applicable, outlined in 2 C.F.R. Part 200, commonly referred to as the *Uniform Guidance*. Specifically, Subpart D—Post Federal Award Requirements, outlines the standards and expectations of a Department grantee, including those for financial management, internal controls, and budget and program plan modifications. Additionally, Subpart D also addresses in detail procurement requirements when using Federal funds (both subawards and subcontracts), regular reporting requirements (such annual performance reports noted in section 3.02 of this Agreement), procurement requirements when using Federal funds (both subawards and subcontracts), regular reporting requirements (such annual performance reports noted in section 3.02 of this Agreement), and records retention requirements. Subpart E Cost Principles addresses the allowability of grant costs as well as indirect costs, and Subpart F addresses audit requirements, including the requirement that all Federal grantees receiving $750,000 or more annual in Federal funds must conduct and submit an annual external audit. These examples are not exhaustive, and Grantees should become familiar with the *Uniform Guidance* and ask questions or elevate concerns to their assigned Program Officer when a topic may be unclear or further guidance is needed.

Accordingly, the Grantee must maintain supporting documentation for all business decisions, expenses, and encumbrances when utilizing Federal funds in accordance with the records retention requirements. Further, while the Grantee has some discretion when transferring funds between budget categories, it is strongly encouraged that the Grantee submit revised budgets whenever revisions are necessary and seek input from and ask questions of their assigned

**EXHIBIT 6**

Program Officer in advance of any changes. This will help ensure that the Department's grant files are accurate and up-to-date and that Grantee actions are allowable and within the scope of the project.

The Grantee must use G5, the Department's online grants management system, to access their funds for allowable grant activities. Additionally, G5 is the preferred vehicle for the submission of annual performance reports. G5 is also the official mechanism by which formal administrative changes are made to the grant in the form of Grant Award Notifications (GANs), e.g., changes in project director or key personnel, and contains important clauses and conditions about your grant award.

### Section 3.06   Sharing & Dissemination

(a)   Website

The Grantee will develop and maintain a fully accessible, responsive, interactive regional website with an online repository containing resources including, but not limited to, research syntheses, rubrics, briefs, training manuals, newsletters, webinars, and other TA tools and products. The website should contain interactive features including a standardized and user-friendly TA intake form, keyword search, and social media channels for public engagement (e.g., RSS feeds, Twitter feeds). The website should clearly indicate if a product is funded and created in whole or in part using EAC grant funds vs. by the parent organization or another entity. All products funded, in whole or in part, with grant funds must include the required disclaimer. All products funded, in whole or in part, with grant funds must include the required disclaimer and must meet the Open Licensing requirement. The disclaimer language is provided in Section 5.04 and the Opening Licensing requirement is provided in Section 5.01.

The website should contain, at a minimum:

- Staff directory including contact information and areas of expertise.
- Links to all four EAC websites and, as appropriate, contact information for the other EAC regional centers.
- Calendar of existing professional development opportunities based on requests for TA, including presentations (e.g., webinars) of Universal TA resources.
- Standardized menu of TA services with interactive and guided instructions for obtaining services from the Grantee.
- Universal TA resources including publications and presentations.
- Links to appropriate Department resources, such as policy guidance or other related documents.
- Links to other sources of information and assistance, including, but not limited to, the Department's What Works Clearinghouse, the Comprehensive Center websites, relevant NCES data, and relevant data or resources from other governmental or nongovernmental agencies/organizations.

**EXHIBIT 6**

- For all resources and products, clearly indicate if it is funded and created using EAC grant funds or separately by the parent organization.

The Grantee shall adhere to industry best practices with content, information, and system architecture protections. Additionally, the Grantee shall notify the Department immediately upon discovery of a system breach or unauthorized information disclosure.

(b)  Disseminating Publications/Resources

The Grantee will implement marketing and outreach activities dedicated to promoting an understanding about the EAC services, distributing EAC products to potential stakeholders within their regions, and promoting favorable relations with responsible government agencies and the public at large. Such activities are designed to, for example, increase awareness of upcoming Universal or Targeted TA opportunities provided in response to a request from a responsible governmental agency, e.g., a webinar, that are publicly available, or to make widely available tools and resources developed for Universal purposes that may be broadly applicable to the needs of potential clients within the region. The activities are designed to establish the EAC as a recognized source for information and resources relevant to the four desegregation areas (race, national origin, sex, or religion).

In addition to sharing products via the project website, newsletters, and other strategies, the Grantee additionally agrees to establish an information-sharing agreement with Education Resources Information Center (ERIC), in the Institute for Education Sciences (IES), to post materials within ERIC's searchable database with the goal of reaching as many state educational agencies (SEAs), LEAs, regional educational agencies (REAs), and schools in need of services as possible and to provide sustained access to research products or reports beyond the performance period of the grant.

**Section 3.07    Cooperation and Collaboration**

The Grantee agrees to cooperate and collaborate with the Department, the Program Office, partner organizations, including other Department-funded technical assistance providers and other organizations, to achieve the objectives set forth in the Grantee's successful application and Annual TA Plan.

If requested by school boards or other responsible governmental agencies, collaborate with OCR, DOJ, and other Federal agencies, as appropriate, to provide TA to school boards and other responsible governmental agencies that support compliance with Federal civil rights laws, anti-discrimination laws, and address civil rights, desegregation, and equity issues, including working directly with LEAs that are implementing Resolution Agreements.

Collaboration activities can include:

- Where appropriate and in response to a request for TA, coordinate with other Department-funded TA providers to help build capacity and deliver high quality services

**EXHIBIT 6**

related to the purposes of this program to States, school districts, schools, parents, community, and civil rights organizations.

- Develop and sustain peer-to-peer exchanges among recipients of technical assistance.

Additionally, the Department may also direct information sharing with other possible partners or stakeholders, including OCR, DOJ, or other interested parties.

## Article IV.    Reports

### Section 4.01    Regular Progress Reports

The Grantee shall provide regular updates on project activities on a frequency established by the Department. The Department will provide the progress report template and corresponding instructions and establish the required data elements. This may include details such as project name, expected outcomes, key staff, cost, and the project timeline. Additionally, the Grantee must align each project to the applicable desegregation area. The Grantee will provide regular written updates on project activities using this template.

### Section 4.02    Annual Performance Report

The Grantee shall submit, annually or as requested, an annual performance report (APR) that describes the results of its project activities. The APR shall be submitted using G5, the Department's grants management system, by the system deadline indicated. The Department will create an APR template in G5, with corresponding instructions, guidance, and deadlines. The Department may use the APR to make determinations regarding adequate yearly progress on program and grant goals and objectives to support the future allocation of grant funds.

The APR shall include a cover page section with relevant organizational signatures; an executive summary indicating project activities, highlights, noteworthy achievements, as well as any challenges; a chart indicating the results achieved under both EAC program and grantee performance measures; and a section indicating the financial status of the grant, including the identification of any unused funds (i.e., "carryover"), and a proposed plan for their utilization.

The Grantee will work collaboratively to uniformly collect descriptive information for each Universal TA, Targeted TA, and Intensive TA project and respond to the required performance measures, as defined in the FY22 Notice Inviting Applications:

- Measure 1: The percentage of clients reporting an increase in awareness or knowledge resulting from technical assistance provided.
- Measure 2: The percentage of clients who report changed policies or practices related to providing students with a full opportunity for participation in all educational programs regardless of their sex, race, religion, and national origin.
- Measure 3: The percentage of clients reporting an increase in capacity resulting from technical assistance provided.
- Measure 4: The percentage of technical assistance requests received from organizations that were accepted during the performance period.

**EXHIBIT 6**

- Measure 5: The percentage of clients willing to request additional technical assistance or refer another organization to an EAC for technical assistance during the performance period.
- Measure 6: The percentage of clients who report that outcomes, as documented in memoranda of understanding with EACs, were met as a result of the technical assistance provided.

As part of their annual and final performance reports, the Grantee will be expected to submit quantitative data documenting their progress with regard to these performance measures.

The Grantee may have proposed measures specific to their project. If so, the Grantee must provide the following information as directed under 34 C.F.R. Part 75.110(b): How each proposed measure accurately measures the performance of the project and how the proposed measure is consistent with the performance measures established for this program.

The Grantee shall be prepared to provide data on measures outlined in the Department's Strategic Plan, if requested. The program office will provide guidance on this submission. A link to the Strategic Plan is in Section 4.04.

### Section 4.03   Financial Reports

The Grantee shall provide regular updates to the Department on grant fiscal activity, as requested. This may include updates in the progress reports, APR, or at other times when such information is necessary.

### Section 4.04   Strategic Plan Reporting

The Grantee shall provide information to the Department on a quarterly basis, as instructed by the Program Office, to support performance reporting on relevant indicators for the Department's Strategic Plan. The Program Office will provide instructions, deadlines, and a template for required reporting.

## Article V.    Products & Materials

### Section 5.01   Open Licensing

As defined in the Notice Inviting Applications, a product output under this program would be considered a deliverable under the open licensing regulations at 2 C.F.R. Part 3474.20. Unless an exception applies, all Grantees are required to openly license to the public any grant deliverable that is created in whole, or in part, with Department grant funds and that constitutes a new copyrightable work. When the deliverable consists of modifications to pre-existing works, the license extends only to those modifications that can be separately identified and only to the extent that open licensing is permitted under the terms of any licenses or other legal restrictions on the use of pre-existing works. Additionally, the Grantee must have a plan to disseminate the openly licensed grant deliverables. The dissemination plan can be developed and submitted after your application has been reviewed and selected for funding. A template and guidance for a

**EXHIBIT 6**

dissemination plan may be provided in the future. For additional information on the open licensing requirements please refer to 2 C.F.R. Part 3474.20.

**Section 5.02    Accessibility & 508 Compliance**

(a)    Accessibility of technical assistance and training

The Grantee shall ensure that technical assistance services provided to clients meet all accessibility standards. This shall include services provided both electronically and in person.

(b)    508 Compliance

At the request of the Department, the Grantee shall ensure that any materials produced in whole or in part developed under this grant and intended for public availability and/or EAC clients are compliant with 29 U.S.C. 794d. This includes, but is not limited to, websites developed and/or materials, resources, tools, or other digital products.

**Section 5.03    Content of Materials**

Subject to any specific requirements that apply to its grant, the Grantee may determine the format and content of project materials that it publishes or arranges to have published.

**Section 5.04    Required Disclaimer**

The Grantee shall ensure that any publication that contains project materials also contains the following statements, as noted in Education Department General Administrative Regulations (EDGAR) at 34 C.F.R. Part 75.620, which states: "The contents of this (insert type of publication, e.g., book, report, film, etc.) were developed under a grant from the U.S. Department of Education. However, the contents do not necessarily represent the policy of the Department of Education, and you should not assume endorsement by the Federal government."

**Section 5.05    Quality Assurance**

The Grantee shall ensure the quality and accuracy of all services and materials. This may include developing systems and processes for quality assurance. Additionally, the Grantee is responsible for consulting with the Department regarding the application of relevant Department laws and policies to services and materials provided through this project. The Grantee shall submit related project products for review and approval by the Program Office prior to publication or dissemination.

**Section 5.06    Transition**

At the conclusion of the grant, the Grantee must prepare to transition all materials and deliverables, all content developed during performance, system information, access information, passwords, data, and all other artifacts of performance to the Department. The goal of transition should be to ensure that the Department has custody of all information produced during performance under this grant.

**EXHIBIT 6**

## Article VI.   Responsibilities

**Section 6.01   Grantee**

The Grantee agrees to:

1) Abide by all terms and requirements in this Agreement.
2) Collaborate with the Program Office in the administration of the program and will be responsive in a timely manner to Department requests for materials and information.
3) Submit project products, as that term is defined at 34 C.F.R. Part 75.622, for review and approval by the Program Office prior to publication or dissemination.  The required disclaimer (34 C.F.R. Part 75.620(b)) shall be included on all publications, brochures, and other written products (See: "Products and Materials").
4) Coordinate with ERIC, a division of IES to provide sustained access to research products or reports beyond the performance period of the grant.

**Section 6.02   Department**

The Department agrees to:

1) Assign a Program Officer Program Officer for this grant and notify the Grantee of any changes to the Program Officer assigned.  All questions related to the project should be addressed to the Program Officer.
2) Participate in scheduled meetings with the Project Director, and other project staff as appropriate, to review and define goals, objectives, and implementation of activities under this Agreement.
3) Approve key project personnel (0.2 FTE or greater) in a timely manner. Changes in key personnel may be made only with written authorization of the Program Office (2 C.F.R. Part200.308). The Grantee shall provide names and qualifications of the persons proposed for substitution. The Grantee shall ensure that it utilizes experienced staff and consultants with relevant and appropriate qualifications and expertise in the relevant fields for which services are requested.
4) Work collaboratively with the Grantee to review and approve procedures, outcomes, products, and reports that are necessary to ensure the efficient and effective conduct of this project.
5) Stop or redirect proposed activities if the methodology proposed is unlikely to achieve the intended project outcomes or is inconsistent with program goals.
6) Identify, coordinate, and facilitate ongoing performance monitoring, including regular check-in calls with the Grantee, annual performance reviews, and periodic monitoring of Grantee activities and outcomes.
7) Ensure project compliance and alignment with the EAC regulations and program performance measures.
8) Identify Department-funded projects or other organizations for fostering linkages and cooperative relationships to support or augment the activities and outcomes of the

project.  The Program Officer will facilitate coordination and collaboration between the Grantee and other ED-funded TA providers and Department offices.

9) The Program Officer will provide guidance and technical assistance around grant reporting requirements.

10) The Program Officer will not make commitments or otherwise obligate the Government or authorize any changes that affect the GAN amount, terms, or conditions. Any Grantee requests for changes to the amount, terms, or conditions of the award shall be submitted in writing to the Group Leader or Program Manager, with a copy to the Program Officer. Requests are not approved until the Grantee has received authorization and notification in writing from the designated program authority.

## Article VII.  Failure to Address Objectives

Failure to comply with the content of this Agreement may result in the Secretary imposing special conditions on the award pursuant to 2 C.F.R. 200.207 or taking other enforcement actions, including suspending or terminating the award in whole or in part, pursuant to 2 C.F.R. 200.339-342.

This Agreement is approved, subject to the grantee addressing all terms of the award.

_____
Danielle Smith                Date
Director
Office of Program and Grantee Support Services
Office of Elementary and Secondary Education
U. S. Department of Education

_____
Tonya Gentry, J.D.                Date    1/9/23
Project Director
(Certifying Program Official)
Region II – Equity Assistance Center
Southern Education Foundation, Inc.

*Leighton O'Sullivan*    01.09.2023
_____
Leighton O'Sullivan, CPA            Date
Chief Financial Officer
(Certifying Financial Official)
Region II – Equity Assistance Center
Southern Education Foundation, Inc.

S004D220011 - 24

## US Department of Education
### Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Southern Education Foundation Inc<br>101 Marietta Street<br>Suite 1650<br>Atlanta, GA 30303 | PR/AWARD NUMBER   S004D220011 - 24<br>ACTION NUMBER   9<br>ACTION TYPE   Continuation<br>AWARD TYPE   Discretionary |

**3** PROJECT STAFF

  RECIPIENT PROJECT DIRECTOR
    Eshe Collins       (404) 523-0001
    ecollins@southerneducation.org
  EDUCATION PROGRAM CONTACT
    Bryan C Keohane      (202) 260-9738
    bryan.keohane@ed.gov
  EDUCATION PAYMENT HOTLINE
    G5 PAYEE HELPDESK    888-336-8930
    obssed@servicenowservices.com

**4** PROJECT TITLE

  84.004D
  EAC Region II--EAC South at Southern Education
  Foundation

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Eshe Collins | Project Director | 100 % |

**6** AWARD PERIODS

      BUDGET PERIOD    10/01/2024 - 09/30/2025
  PERFORMANCE PERIOD    10/01/2022 - 09/30/2027

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 10/01/2025 - 09/30/2026 | $1,685,772.00 |
| 5 | 10/01/2026 - 09/30/2027 | $1,685,336.00 |

**7** AUTHORIZED FUNDING

        THIS ACTION    $1,497,938.00
      BUDGET PERIOD    $1,497,938.00
  PERFORMANCE PERIOD    $4,736,247.00

**8** ADMINISTRATIVE INFORMATION

          UEI    JQDXYMFMGTB4
    REGULATIONS    CFR PART 270272
                 EDGAR AS APPLICABLE
                 2 CFR AS APPLICABLE
    ATTACHMENTS    2 , 3 , 6 , 8 , 9 , 11 , 12 , 13 , 14 , B OESE , GE1 , GE2 , GE3 , GE4 , GE5

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:          PL 88-352 IV TITLE IV - CIVIL RIGHTS ACT OF 1964.
  PROGRAM TITLE:      CIVIL RIGHTS TRAINING AND ADVISORY SERVICES
  CFDA/SUBPROGRAM NO:    84.004D

S004D220011 - 24

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

| FUND CODE | FUNDING YEAR | AWARD YEAR | ORG. CODE | CATEGORY | LIMITATION | ACTIVITY | CFDA | OBJECT CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1000A | 2024 | 2024 | ES000000 | B | Q32 | 000 | 004 | 4101C | $1,497,938.00 |

**10**

PR/AWARD NUMBER: S004D220011 - 24

RECIPIENT NAME: Southern Education Foundation Inc

GRANTEE NAME: SOUTHERN EDUCATION FOUNDATION INC

101 MARIETTA ST NW, STE 1650

ATLANTA, GA 30303 - 2720

PROGRAM INDIRECT COST TYPE: Unrestricted

PROJECT INDIRECT COST RATE:

TERMS AND CONDITIONS

(1)  The Office of Management and Budget requires all Federal agencies to assign a Federal Award Identifying Number (FAIN) to each of their financial assistance awards. The PR/AWARD NUMBER identified in Block 2 is your FAIN. If subawards are permitted under this grant, and you choose to make subawards, you must document the assigned PR/AWARD NUMBER (FAIN) identified in Block 2 of this Grant Award Notification on each subaward made under this grant. The term subaward means:
1. A legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient. (See 2 CFR 200.331(a)) 2. The term does not include your procurement of property and services needed to carry out the project or program (The payments received for goods or services provided as a contractor are not Federal awards, see 2 CFR 200.501(f) of the OMB Uniform Guidance: "Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards").
3. A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract. (See 2 CFR 200.1)

(2)  THE FOLLOWING ITEMS ARE INCORPORATED IN THE GRANT AGREEMENT:

1) THE RECIPIENT'S APPLICATION (BLOCK 2);
2) THE APPLICABLE EDUCATION DEPARTMENT REGULATIONS: 2 CFR PART 180, NONPROCUREMENT DEBARMENT AND SUSPENSION AS ADOPTED AT 2 CFR PART 3485; 2 CFR PART 200 AS ADOPTED AT 2 CFR 3474 (BLOCK 8), AND 34 CFR PARTS 75, 77, 79, 81, 82, 84, 86, 97, 98, 99; AND THE PROGRAM REGULATIONS SPECIFIED IN BLOCK 8; AND
3) THE SPECIAL TERMS AND CONDITIONS SHOWN AS ATTACHMENTS IN BLOCK 8 ON THE INITIAL AWARD APPLY UNTIL CHANGED.

THIS AWARD SUPPORTS ONLY THE BUDGET PERIOD SHOWN IN BLOCK 6. IN ACCORDANCE WITH 34 CFR 75.253, THE SECRETARY CONSIDERS, AMONG OTHER THINGS, CONTINUED FUNDING IF:

1) CONGRESS HAS APPROPRIATED SUFFICIENT FUNDS UNDER THE PROGRAM;
2) THE DEPARTMENT DETERMINES THAT CONTINUING THE PROJECT WOULD BE IN THE BEST INTEREST OF THE GOVERNMENT;
3) THE GRANTEE HAS MADE SUBSTANTIAL PROGRESS TOWARD MEETING THE GOALS AND OBJECTIVES OF THE PROJECT;
4) THE SECRETARY ESTABLISHED PERFORMANCE MEASUREMENT REQUIREMENTS FOR THE GRANT IN THE APPLICATION NOTICE, THE PERFORMANCE TARGETS IN THE GRANTEE'S APPROVED APPLICATION;
5) THE RECIPIENT HAS SUBMITTED REPORTS OF PROJECT PERFORMANCE AND BUDGET EXPENDITURES THAT MEET THE REPORTING REQUIREMENTS FOUND AT 34 CFR 75.118, 2 CFR 200.328 AND 200.329, AND ANY OTHER REPORTING REQUIREMENTS ESTABLISHED BY THE SECRETARY; AND



S004D220011 - 24

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

6) THE GRANTEE HAS MAINTAINED FINANCIAL AND ADMINISTRATIVE MANAGEMENT SYSTEMS THAT MEET THE REQUIREMENTS IN 2 CFR 200.302, FINANCIAL MANAGEMENT, AND 2 CFR 200.303, INTERNAL CONTROLS.

IN ACCORDANCE WITH 2 CFR 200.308(c)(2) CHANGES TO KEY PERSONNEL IDENTIFIED IN BLOCK 5 MUST RECEIVE PRIOR APPROVAL FROM THE DEPARTMENT.

THE SECRETARY ANTICIPATES FUTURE FUNDING FOR THIS AWARD ACCORDING TO THE SCHEDULE IDENTIFIED IN BLOCK 6. THESE FIGURES ARE ESTIMATES ONLY AND DO NOT BIND THE SECRETARY TO FUNDING THE AWARD FOR THESE PERIODS OR FOR THE SPECIFIC AMOUNTS SHOWN. THE RECIPIENT WILL BE NOTIFIED OF SPECIFIC FUTURE FUNDING ACTIONS THAT THE SECRETARY TAKES FOR THIS AWARD.

(3)   Unless this grant solely funds research, you must comply with new regulations regarding awards to faith-based organizations (FBOs) that provide beneficiary services under this grant or under a contract you award to provide beneficiary services under this grant. These new regulations clarify the rights of FBOs and impose certain duties on FBOs regarding the referral of beneficiaries they serve. See 34 CFR 75.52, 75.712-75.714, appendix A to part 75, and 2 CFR 3474.15. The Department has established a web page that provides guidance on the new regulations, including FAQs and other implementation tools, which is available at http://www2.ed.gov/policy/fund/reg/fbci-reg.html. If you have any questions about these regulations, please contact the Education Program Contact identified in Block 3 of this GAN.

(4)   Reimbursement of indirect costs is subject to the availability of funds and statutory and regulatory restrictions. The negotiated indirect cost rate agreement authorizes a non-Federal entity to draw down indirect costs from the grant awards. The following conditions apply to the below entities.

A. All entities (other than institutions of higher education (IHE))

The GAN for this grant award shows the indirect cost rate that applies on the date of the initial grant for this project. However, after the initial grant date, when a new indirect cost rate agreement is negotiated, the newly approved indirect cost rate supersedes the indirect cost rate shown on the GAN for the initial grant. This new indirect cost rate should be applied according to the period specified in the indirect cost rate agreement, unless expressly limited under EDGAR or program regulations. Any grant award with an approved budget can amend the budget to account for a change in the indirect cost rate. However, for a discretionary grant award any material changes to the budget which may impact the scope or objectives of the grant must be discussed with the program officer at the Department. See 34 CFR 75.560 (d)(3) (ii) (part 75 of EDGAR).

B. Institutions of higher education (IHE)

Under 2 CFR part 200, Appendix III, Indirect (F&A) Costs Identification and Assignment, and Rate Determination for Institutions of Higher Education (IHEs), the Department must apply the negotiated indirect cost rate in effect on the date of the initial grant award to every budget period of the project, including all continuation grants made for this project. See 2 CFR Part 200, Appendix III, paragraph C.7. Therefore, the GAN for each continuation grant will show the original indirect cost rate and it applies to the entire period of performance of this project. If the indirect cost rate agreement that is applicable to this grant does not extend to the end of the grant s project period, the indirect cost rate set at the start of the project period must still be applied to the end of project period regardless of the fact that the rate has otherwise expired.

(5)   This condition is included because you have been identified by the Department during recent monitoring activities as previously non-compliant with procurement policies of the 2 CFR Part 200 Subpart D - Procurement Standards. You must provide within 30 days of award written evidence that your procurement policies have been updated in accordance with the procurement policies outlined the Uniform Guidance. Additionally, you must report, in writing, to the Program Office twice annually (on a schedule established with your Program Officer) a record of the subcontracts on the EAC grant that includes written assurances and descriptions of adherence to procurement policies.

S004D220011 – 24

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

If you wish to request reconsideration of this/these specific condition(s), please send written notification describing why such condition(s) should not be imposed on this grant to your Department program officer.

(6)   In accordance with 34 CFR 75.234(b), this award is classified as a cooperative agreement and will include substantial involvement on the part of the education program contact identified in block 3. This award is made with the condition that the recipient and the U.S. Department of Education successfully maintain its current cooperative agreement, which delineates the special provisions between the U.S. Department of Education and the recipient, signed by both parties. If you wish to request reconsideration of this/these specific condition(s), please send written notification describing why such condition(s) should not be imposed on this grant to your Department program officer.

(7)   This condition is included because you have been identified by the Department as a grantee that poses a moderate financial risk (defined as an available balance of FY 23 funds remaining that is between 25% and 69% of total awarded funds). Due to the available balance of funds remaining (greater than 25% of FY 23 funds remaining within 90 days of the end of budget period), and consistent with 2 CFR 200.208, the grantee must submit quarterly budget reports that include 1) a summary of the grantees remaining carryover from its FY 2022 and FY 2023 award and 2) a description of how the grantee is spending down carryover funds within the appropriate budget periods in the subsequent fiscal year to achieve substantial progress towards the goals and objectives of the project. The program office will review quarterly budget reports with the Center directors, in addition to quarterly financial data, to ensure grantees are meeting financial management obligations. All budgets and spending plans will require approval from your Department program officer. In addition, spending plans must be in furtherance of the scope and objectives of the project. Maintenance of a high carryover balance and failure to expend funds in accordance with an approved plan by the end of the budget period may result in a reduction of a future year s award.

If you wish to request reconsideration of this/these specific condition(s), please send written notification describing why such condition(s) should not be imposed on this grant to your Department program officer.

## JEAN MARCHOWSKY    Digitally signed by JEAN MARCHOWSKY
Date: 2024.08.22 09:45:30 -04'00'

**AUTHORIZING OFFICIAL**                                      **DATE**

Ver. 1