

# Fayette County Public Schools
Family • Collaboration • Perseverance • Service

Dr. Tameka D. Lewis
Interim Superintendent

## DECLARATION OF DR. TAMEKA D. LEWIS
## INTERIM SUPERINTENDENT, FAYETTE COUNTY (TN) PUBLIC SCHOOLS

I, Dr. Tameka D. Lewis, declare as follows:

1. I am at least eighteen years of age.

2. I am making this statement on April 14, 2025.

3. I am the Interim Superintendent of Fayette County Public Schools ("FCPS") located in Somerville, Tennessee. I have served as Interim Superintendent since December 2024, Chief Academic Office since November 2023, and an educator for more than 25 years.

4. I make this declaration based on my personal knowledge and professional responsibilities. I understand that this declaration is being submitted in support of the Southern Education Foundation ("SEF")'s challenge to the U.S. Department of Education ("ED")'s grant termination of the Equity Assistance Center-South ("EAC-South").

5. Fayette County Public Schools has been subject to a federal desegregation order since 1965. FCPS continues to operate under the supervision of the United States District Court and remains actively engaged in efforts to fully satisfy the requirements of that order in accordance with the Equal Protection Clause of the Fourteenth Amendment and federal civil rights law.

6. Since 2023, FCPS has worked in close partnership with EAC-South to advance FCPS's compliance with its longstanding desegregation order. EAC-South has provided expert

P.O. Box 9 • 10425 Hwy. 76 S • Somerville, TN 38068 • office 901-465-5260 • fax 901-466-0078 • www.fcsk12.net

technical assistance, policy guidance, data analysis, and capacity-building support that have been essential to FCPS's desegregation planning and implementation efforts.

7. Under our current consent decree, FCPS agreed to improve its practices for identifying and serving students in gifted programs and dual enrollment classes, which give high school students access to college-level coursework; bolster efforts to recruit and retain diverse faculty; and revise student discipline policies to prevent racial discrimination and support a positive climate, including by ending the use of corporal punishment.

8. The services provided by EAC-South included redesigning our discipline policy and framework, developing a comprehensive recruitment and retention plan for FCPS and delivering high-quality professional development for district staff. EAC-South has played a critical role in helping FCPS present evidence of compliance in court proceedings, which contributed to new consent orders with the court.

9. Most recently, EAC-South delivered highly impactful training for principals and key administrative staff across FCPS. The training focused on two critical areas: (1) strategies for minority recruitment, hiring, and retention, and (2) implementation of FCPS's newly adopted Code of Conduct, including the effective and equitable use of its updated student discipline framework. The training reached hundreds of FCPS staff members and received overwhelmingly positive feedback for its relevance, clarity, and practical application.

10. Fayette County Public Schools has additional training and implementation efforts planned to further advance equity and fully meet the requirements of our federal consent decree. EAC-South's support is integral to our ability to carry this work forward with fidelity, responsiveness, and a clear understanding of the legal and educational standards we are expected to meet.

11. The abrupt termination of SEF's grant to operate EAC-South by the U.S. Department of Education in February 2025 has caused significant disruption to our desegregation compliance efforts. At the time of termination, EAC-South was actively supporting FCPS's ongoing desegregation initiatives and assisting with monitoring and reporting activities required by the federal court.

12. EAC-South is the only federally authorized center of its kind providing specialized, no-cost technical assistance to school districts like FCPS. The loss of its support has left a critical gap in the FCPS's ability to meet its obligations under the desegregation order and places at risk the substantial progress we have made.

13. We are so grateful for the expertise and support that EAC-South has provided to date. FCPS does not have the internal capacity or resources to replicate the expertise, support, and comprehensive assistance provided by EAC-South. The absence of this support compromises our ability to sustain legally required desegregation work and to demonstrate continued progress to the federal court.

14. I offer this declaration in full support of the Southern Education Foundation and urge the Court to recognize the irreparable harm caused by the Department's termination of EAC-South. The loss of this trusted, federally authorized partner has not only disrupted vital desegregation efforts in our district—it has also removed a critical source of support, guidance, and encouragement for educators and communities striving to ensure every student receives a fair and equitable education.

I have reviewed this statement, understood its contents, and affirm that, to the best of my knowledge, the information provided is true and complete.

Signed this **14th** day of **April, 2025.**

Best Regards,

*Tameka D. Lewis*

Tameka D. Lewis, PhD
Superintendent