IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01079-PLF |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION

Upon consideration of Plaintiff Southern Education Foundation's Motion for a Temporary Restraining Order and Preliminary Injunction, the memorandum of law in support, and all other materials submitted, the Court finds that Plaintiff has demonstrated a substantial likelihood of success on the merits, will suffer irreparable harm without preliminary relief, the balance of equities favors Plaintiff, and an injunction serves the public interest.

THEREFORE, it is hereby ORDERED that:

1. Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction is GRANTED.

2. Defendants are hereby ENJOINED from terminating Plaintiff's Equity Assistance Center grant (PR/Award Number S004D220011), withholding any funds due to Plaintiff under the grant, or taking any adverse action based on the February 13, 2025, Termination Letter.

3. Defendants shall, within three (3) business days, restore Plaintiff's access to all grant funds and process all pending payment requests submitted before February 13, 2025.

4. This Order shall remain in effect until further order of this Court.

5. The Court waives the security requirement pursuant to Federal Rule of Civil Procedure 65(c).

6. The parties shall appear for a preliminary injunction hearing on _____, 2025, at _____ a.m./p.m. in Courtroom _____.

IT IS SO ORDERED.

Dated: _____, 2025

_____

UNITED STATES DISTRICT JUDGE