IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-01079-PLF |

## CERTIFICATE OF SERVICE

I, Lucrecia P. Johnson, pursuant to 28 U.S. Code § 1746, declare as follows:

1. I certify that on April 23, 2025, I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.
2. I declare under penalty of perjury that all of the statements made in this "Certificate of Service" are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in the Certificate

Respectfully submitted,

*/s/ Lucrecia P. Johnson*
Lucrecia P. Johnson, Esq.
DC Federal Bar# 1015623
LPJ Legal PLLC
853 New Jersey Ave SE, Suite 200
Washington, DC 20003
lucrecia@lpjlegal.com
(202) 643-6211

1