UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | Civil Action No. 25-1079 (PLF) |

### ORDER

In light of plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction ("Plaintiff's Motion") [Dkt. No. 11], it is hereby

ORDERED that the Court will hold oral argument on Plaintiff's Motion on May 12, 2025 at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001; it is

FURTHER ORDERED that the parties shall meet and confer and file a joint status report on or before April 25, 2025 at 5:00 p.m. proposing deadlines for defendants' response to Plaintiff's Motion and plaintiff's reply in view of the oral argument scheduled for May 12, 2025; and it is

FURTHER ORDERED that in anticipation of the hearing, the parties shall meet and confer regarding the order of argument and time limits for opening argument and rebuttal.

The parties shall file a joint report advising the Court of their proposed hearing schedule on or before May 9, 2025.

    SO ORDERED.

                                                                            /s/ Paul L. Friedman  
                                                                     PAUL L. FRIEDMAN  
                                                                     United States District Judge

DATE: 4/23/25