IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>*Defendants.* | Case No.1:25-cv-01079-PLF |

**JOINT STATUS REPORT**

In accordance with the Court's order dated April 23, 2025, the parties in the above captioned case submit the following Joint Status Report to update the Court on their agreement to a briefing schedule for Plaintiff's motion for temporary restraining order and preliminary injunction. The parties met and conferred on April 25, 2025, and have agreed to the following dates for briefing:

- The deadline for Defendant's response to Plaintiff's motion shall be 5 p.m. E.T. on May 5, 2025.

- The deadline for Plaintiff's reply to Defendant's response shall be 5 p.m. E.T. on May 8, 2025.

Pursuant to this Court's order and in anticipation of oral argument on May 12, 2025, the parties will promptly meet and confer regarding the order and time limits for arguments and submit a joint proposal by May 9, 2025, at 5 p.m. E.T.

| | |
|---|---|
| Dated: April 25, 2025 | Respectfully submitted, |
| By: */s/ Lucrecia P. Johnson*<br>Lucrecia P. Johnson, Esq.<br>DC Federal Bar# 1015623<br>LPJ Legal PLLC<br>853 New Jersey Ave SE, Suite 200<br>Washington, DC 20003<br>lucrecia@lpjlegal.com<br>(202) 643-6211 | EDWARD R. MARTIN, JR.<br>D.C. Bar #481866<br>United States Attorney<br><br> */s/ Sean Tepe*<br>SEAN M. TEPE, DC Bar #1001323<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252−2533<br>Email: sean.tepe@usdoj.gov |
| *Counsel for Plaintiff.* | *Counsel for the United States of America* |
| Jamar Creech<br>Senior Counsel, Romano Law PLLC<br>7200 Wisconsin Avenue<br>Suite #500<br>Bethesda, MD 20814<br>jamar@romanolaw.com<br>(212) 865-9848 | |
| *Counsel for Plaintiff.* | |