UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 25-1079 (PLF) |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

Oral argument is scheduled in this case for Monday, May 12, 2025, at 10:00 a.m. The plaintiff has made out a substantial case for irreparable injury, but the Court must first consider whether it has jurisdiction over the claims in this case. Counts One, Two, and Three of the Complaint allege violations of the Administrative Procedure Act ("APA"); Counts Four and Seven raise Constitutional questions under the First and Fifth Amendments to the Constitution; Count Five is a statutory claim; and Count Six alleges that the impoundment of Congressionally appropriate funds is an ultra vires act.

At oral argument, counsel should be prepared to address whether this Court has jurisdiction at all. As to the APA claims, there is an administrative appeal pending and the defendants make a strong argument that until the administrative appeal is resolved, there is no final agency action and, without final agency action, this Court has no jurisdiction under the APA. The defendants also argue that all of plaintiff's claims really sound in contract; therefore, they say, this case belongs in the Court of Federal Claims. For this argument, they note that the

relief sought is not just a rescission of the termination of plaintiff's federal grant, but the reinstatement of the funding for the grant, and the payment of the funds the grant agreement requires.    Accordingly, it is hereby

ORDERED that counsel shall be prepared to address these jurisdictional issues at oral argument on May 12, 2025.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 5/9/25