IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.,* <br><br> *Defendants.* | Case No.1:25-cv-01079-PLF |

**JOINT STATUS REPORT**

In accordance with the Court's order dated April 23, 2025, the parties in the above captioned case submits the following Joint Status Report to advise the Court on their proposed Oral Argument time limits for May 12, 2025. The parties met and conferred on May 9, 2025, and have agreed to the following:

- The Plaintiff shall present its oral argument first, for a maximum duration of 40 minutes.

- The Defendant shall then present its oral argument, also for a maximum of 40 minutes.

- Each party shall have time for rebuttal, using the balance of its remaining allotted time for rebuttal.

- Rebuttal arguments shall follow the same order (i.e., Plaintiff followed by Defendant).

- There shall be a 10-minute break after the Defendant's initial argument and before rebuttals.

Dated: May 9, 2025,                                                    Respectfully submitted,

By: */s/ Lucrecia P. Johnson*                           EDWARD R. MARTIN, JR.
Lucrecia P. Johnson, Esq.                                  D.C. Bar #481866
DC Federal Bar# 1015623                                  United States Attorney
LPJ Legal PLLC
853 New Jersey Ave SE, Suite 200                  */s/ Sean Tepe*
Washington, DC 20003                                     SEAN M. TEPE, DC Bar #1001323
lucrecia@lpjlegal.com                                         601 D Street NW
(202) 643-6211                                                    Washington, DC 20530
                                                                              (202) 252−2533
*Counsel for Plaintiff*                                          Email: sean.tepe@usdoj.gov

Jamar Creech                                                      *Counsel for the United States of America*
Senior Counsel, Romano Law PLLC
7200 Wisconsin Avenue
Suite #500
Bethesda, MD 20814
jamar@romanolaw.com
(212) 865-9848

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-01079-PLF |

## CERTIFICATE OF SERVICE

I, Lucrecia P. Johnson, pursuant to 28 U.S. Code § 1746, declare as follows:

1. I certify that on May 9, 2025, I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.
2. I declare under penalty of perjury that all of the statements made in this "Certificate of Service" are true and correct and that if called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth in the Certificate.

Respectfully submitted,

*/s/ Lucrecia P. Johnson*
Lucrecia P. Johnson, Esq.
DC Federal Bar# 1015623
LPJ Legal PLLC
853 New Jersey Ave SE, Suite 200
Washington, DC 20003
lucrecia@lpjlegal.com
(202) 643-6211

1