



May 12, 2025

The Honorable Ruth Ryder
Acting Assistant Secretary
U.S. Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW
Washington, D.C. 20202

The Honorable Mark Washington
Deputy Assistant Secretary
U.S. Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW
Washington, D.C. 20202

**RE: Withdrawal of Administrative Appeal – Termination of the Equity Assistance Center Region II (Grant Award Number: S004D220011)**

Dear Acting Assistant Secretary Ryder and Deputy Assistant Secretary Washington:

This letter serves as formal notice that the Southern Education Foundation (SEF) is withdrawing its administrative appeal, submitted on March 11, 2025, challenging the U.S. Department of Education's February 13, 2025, decision to terminate Grant Award Number S004D220011, which funded the Equity Assistance Center for Region II.

SEF maintains that the termination of this grant was unlawful, abrupt, and contrary to the statutory authority of Title IV of the Civil Rights Act of 1964. As previously communicated, SEF believes the termination undermines the Center's federally mandated mission to support school districts in fulfilling court-ordered desegregation obligations and ensuring equal educational opportunity. SEF reserves all rights and arguments set forth in its original appeal, and nothing in this letter should be construed as a waiver of its legal claims or remedies.

Because the Department's action constitutes final agency action under the Administrative Procedure Act, and because the applicable statutes and regulations do not require exhaustion of the Secretary's appeal process as a prerequisite to judicial review (*Darby v. Cisneros*, 509 U.S. 137, 154 (1993)), SEF will pursue its claims through appropriate legal channels.

We appreciate the opportunity to have presented our concerns and thank you for your attention to this matter.

Best Regards,

Raymond Pierce
President and CEO
rpierce@southerneducation.org

Eshé P. Collins
Director, Equity Assistance Center-South
ecollins@southerneducation.org

101 Marietta St., NW, Suite 1650 · Atlanta, Georgia 30303 · (404) 991-6765
rpierce@southerneducation.org · www.southerneducation.org