UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-1079 (PLF) |

## ORDER

Upon consideration of plaintiff's May 13, 2025 Letter to the Court [Dkt. No. 23], notifying the Court that plaintiff has withdrawn its administrative appeal before the United States Department of Education, counsel's attention is directed to Local Civil Rule 5.1(a), which states that "[e]xcept when requested by a judge, correspondence shall not be directed by the parties or their attorneys to a judge, nor shall papers be left with or mailed to a judge for filing." LCvR 5.1(a).

It is inappropriate to docket such a letter under Local Civil Rule 5.1(a). "There are generally two types of documents that are appropriately filed in a court: pleadings (complaints, answers, counterclaims, etc.) which either state a claim or respond to a claim, and motions (oppositions, responses, etc.) which are used to bring before a court for resolution disputes involving the claims in the case or the procedures to be followed." Pigford v. Veneman, 225 F.R.D. 54, 59 (D.D.C. 2005). Other Court filings may be filed on the docket and captioned as a Notice. See Fed. R. Civ. P. 5(a)(1)(E). In order for the Court to consider plaintiff's letter,

plaintiff's counsel must re-submit it through proper procedures for filing documents under the Federal and Local Civil Rules.  Accordingly, it is hereby

ORDERED that plaintiff must re-submit the content of its letter using proper procedures for filing documents.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 5/13/25