UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) EDUCATION, ) ) LINDA MCMAHON, UNITED STATES ) SECRETARY OF EDUCATION, ) ) and ) ) DONALD J. TRUMP, ) PRESIDENT OF THE UNITED STATES ) OF AMERICA, ) ) Defendants. ) ) | Civil Action No. 25-1079 (PLF) |

ORDER

The Court has before it SEF's Motion for a Temporary Restraining Order/Preliminary Injunction ("Plaintiff's Motion") [Dkt. No. 11]. For the reasons set forth in the Court's accompanying Opinion [Dkt. No. 28] it is hereby

ORDERED that SEF's Motion for a Temporary Restraining Order/Preliminary Injunction [Dkt. No. 11] is GRANTED; it is

FURTHER ORDERED that Defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education, shall, within five (5) business days of entry of this Order, REINSTATE the EAC-South Grant Award (S004D220011)

in accordance with the Grant Award Notification terms and conditions in place immediately prior to issuance of the February 13, 2025 Termination Letter by the Department; it is

FURTHER ORDERED that Defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education, shall provide SEF reimbursement for all outstanding expenses and otherwise allowable expenditures incurred between the February 13, 2025—the date of termination—and this Court's Order; it is

FURTHER ORDERED that Defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education, SHALL NOT TERMINATE, and are ENJOINED from terminating, the EAC-South Grant Award (S004D220011) in a manner this Court has determined is likely unlawful as violative of the Administrative Procedure Act as described in the accompanying Opinion; it is

FURTHER ORDERED that Plaintiff's Motion is hereby DENIED in all other respects; it is

FURTHER ORDERED that the parties shall file a joint status report within ten (10) business days of entry of this Order, apprising the Court of the status of the parties' compliance with this Order; and it is

FURTHER ORDERED that this preliminary injunction shall remain in effect subject to further order of Court.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 5/21/25