# Attachment A

| | |
|---|---|
| **From:** | Washington, Mark |
| **To:** | Eshé Collins; Ryder, Ruth |
| **Cc:** | Raymond Pierce; Kenita Williams; Leighton O"Sullivan; OESE.EAC; Weems, Kia; Hoffman, Amanda |
| **Subject:** | RE: PLEASE READ: Withdrawal of Appeal - Termination of the Equity Assistance Center Region II (Grant Award Number: S004D220011) |
| **Date:** | Tuesday, May 20, 2025 4:36:26 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | SEF Response.pdf |

CONTROLLED UNCLASSIFIED INFORMATION

Greetings Ms. Collins,

Thank you for sending the email below, notifying the U.S. Department of Education of the withdrawal of your appeal of the grant award termination for Award Number S004D220011, also noted in the subject line of your email. Please see our response in the attached letter, from Hayley B. Sanon, who is the Principal Deputy Assistant Secretary and Acting Assistant Secretary for the Office of Elementary and Secondary Education (OESE) at the Department. Ms. Sanon has also assumed the duties of appeals official from Ms. Ryder, and will be the contact now for any related questions regarding this matter.

Respectfully,

Mark Washington

_____



**Mark Washington**
**Special Advisor**
United States Department of Education
Office of Elementary and Secondary Education
400 Maryland Avenue, SW | Washington, D.C. 20202
Phone: (202) 205-0167 | Mobile: (202) 549-9956  |  Email: mark.washington@ed.gov

Sensitive in accordance with 32 CFR Part 2002

**From:** Eshé Collins <ecollins@southerneducation.org>
**Sent:** Tuesday, May 13, 2025 8:26 AM
**To:** Ryder, Ruth <Ruth.Ryder@ed.gov>
**Cc:** Raymond Pierce <rpierce@southerneducation.org>; Kenita Williams <kwilliams@southerneducation.org>; Leighton O'Sullivan <losullivan@southerneducation.org>; OESE.EAC <OESE.EAC@ed.gov>; Washington, Mark <Mark.Washington@ed.gov>; Weems, Kia <Kia.Weems@ed.gov>; Williams, Damien <Damien.Williams@ed.gov>
**Subject:** PLEASE READ: Withdrawal of Appeal - Termination of the Equity Assistance Center Region II (Grant Award Number: S004D220011)
**Importance:** High

> Some people who received this message don't often get email from ecollins@southerneducation.org. Learn why this is important
>
> **CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Dear Acting Assistant Secretary Ryder,

I hope this message finds you well.

On behalf of the Southern Education Foundation, I am submitting our withdrawal regarding the recent termination of the Region II Equity Assistance Center (EAC-South) grant award. Please read attached the withdrawal letter outlining our position.

Also, a hard copy of the withdrawal has also been sent via first-class mail. Kindly confirm receipt of this email and the attached letter. We are available at your convenience should you have any questions or require additional documentation.

Thank you for your time and attention to this urgent matter.

Respectfully,



Eshé P. Collins



101 Marietta St. Suite 1650
Atlanta, GA 30303

**southerneducation.org/eac-south**



**Eshé P. Collins, Esq.**
Director
**Equity Assistance Center (EAC) – South, Region II**
Office:  (404) 523-0001
Mobile: (404) 931-4329
ecollins@southerneducation.org

*Funded by the Department of Education, the* **Equity Assistance Center - South** *assists in addressing inequities in public education. We serve Region II: AL, AR, FL, GA, LA, MS, NC, SC, TN, TX, VA, and the District of Columbia.*

Dear Raymond Pierce and Eshé P. Collins:

I'm writing to acknowledge receipt of your request dated May 12, 2025 on behalf of the Southern Education Foundation to withdraw your administrative appeal (submitted on March 11, 2025, challenging the U.S. Department of Education's February 13, 2025, decision to terminate Grant Award Number S004D220011).

We are continuing to review this matter for a possible redetermination, and we will be in further communication in the near future regarding any questions, comments, or further requests we may have regarding this matter. Please let us know if you have any questions or comments in the meantime.

Sincerely,

*Hayley B. Sanon*

Hayley Sanon

Principal Deputy Assistant Secretary and Acting Assistant Secretary, Office of Elementary and Secondary Education

hayley.sanon@ed.gov