UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | Civil Action No. 25-1079 (PLF) |

## JOINT STATUS REPORT

Pursuant to the Court's May 21, 2025, Order, Plaintiff Southern Education Foundation and Defendants Department of Education, Secretary of Education Linda McMahon, and President Donald Trump (collectively the "Department" or "Defendants") hereby submit this joint status report.

Defendants' Statement

In accordance with the Court's Order, on May 28, 2025, Ruth E. Ryder, Deputy Assistant Secretary for Policy and Programs, informed Plaintiff via email to Eshe Collins that Plaintiff is "now eligible to resume programmatic and financial activities under the terms and conditions of the original grant award" (S004D220011). *See* Exhibit A. A Grant Award Notification was issued on the same date stating that the "grant is reinstated." *See* Exhibit B.

Also, in accordance with the Court's Order, the Department informed Plaintiff that it may may submit for reimbursement costs incurred under the grant from February 13, 2025, to May 21, 2025, consistent with the terms and conditions of the grant. *See* Exhibit A.

Plaintiff's Statement

On June 4, 2025, the Plaintiff mailed the bond payment to the Clerk in the amount of $100. On Wednesday, May 14, 2025, the Defendants issued payment in the amount of $293,681.78 for expenses incurred prior to February 13, 2025.

Plaintiff confirms that Defendants have reinstated the EAC-South Grant Award (S004D220011) in accordance with the Grant Award Notification terms and conditions in place immediately prior to issuance of the February 13, 2025 Termination Letter by the United States Department of Education. Plaintiff further confirms that Defendants have not further terminated the EAC-South Grant Award (S004D220011) in a manner this Court has determined is likely unlawful as violative of the Administrative Procedure Act as described in the Opinion accompanying this Court's May 21, 2025 Order.

Dated: June 5, 2025

By: */s/ Lucrecia P. Johnson*
Lucrecia P. Johnson, Esq.
DC Federal Bar# 1015623
LPJ Legal PLLC
853 New Jersey Ave SE, Suite 200
Washington, DC 20003
lucrecia@lpjlegal.com
(202) 643-6211

*Counsel for Plaintiff*

Jamar Creech
Senior Counsel, Romano Law PLLC
7200 Wisconsin Avenue
Suite #500
Bethesda, MD 20814
jamar@romanolaw.com
(212) 865-9848

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____*/s/ Sean M. Tepe*_____
    SEAN M. TEPE, D.C. Bar #1001323
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2533

*Attorneys for the United States of America*

# EXHIBIT A

| | |
|---|---|
| **From:** | Ryder, Ruth |
| **To:** | Eshé Collins |
| **Cc:** | OESE.EAC |
| **Subject:** | Grant Reinstatement |
| **Attachments:** | image001.png |
| | 045111401731.pdf |

Dear Southern Education Foundation, PR Award # S004D220011,

You received a letter from the U.S. Department of Education (Department) on February 13, 2025, under the subject line "Grant Award Termination," and your grant award was placed in liquidation status in G5 effective that same day. On May 21, 2025, the U.S. District Court for the District of Columbia issued a Preliminary Injunction (PI) against the Department in the case of *Southern Education Foundation v. McMahon, et al.* (1:25-cv-01079-PLF) (D.D.C.). The order requires that the Department "reinstate the Equity Assistance Center (EAC) – Southern Education Foundation Grant Award in accordance with the Grant Award Notification terms and conditions in place immediately prior" to the February 13, 2025, grant termination. Accordingly, your grant is reinstated and moved out of liquidation status. Your organization is now eligible to resume programmatic and financial activities under the terms and conditions of the original grant award, subject to all applicable federal requirements.

Department staff are working diligently on taking the technical steps necessary to reinstate your grant in the G5 system as quickly as possible. At this time, you may continue to implement your grant award consistent with the approved application and all terms and conditions in place prior to the termination.

Please be advised of the following details related to your grant reinstatement:

1. **Period of Performance:** The reinstated period of performance is the original period of performance in your grant award notification.
2. **Allowable Uses of Funds**: All expenditures must be consistent with your approved budget and proposed activities must comply with program requirements and the Uniform Administrative Guidance, Cost Principles, and Audit Requirements for Federal Awards (2 CFR Part 200).
3. **Reimbursement**: In accordance with 2 CFR § 200.302(b)(3) and the terms of the PI, you may submit for reimbursement costs incurred under the grant from **February 13, 2025, to May 21, 2025,** supported by documentation, such as invoices, receipts, and bills. In addition, you must keep records demonstrating your compliance with financial management requirements and must provide access to these records to your program officer, if requested, for any official use. (See 2 CFR § 200.302(b)(3) and 2 CFR § 200.337(a)).
4. **Reporting Requirements**: All programmatic and financial reporting requirements in accordance with the original terms and conditions will resume.

Your program officer will be in communication to coordinate a re-engagement meeting to review next steps, address any questions, and provide technical assistance to support the reinstatement process.

Respectfully,

Ruth E. Ryder
Deputy Assistant Secretary for Policy and Programs
Office of Elementary & Secondary Education
U.S. Department of Education

Enclosure

_____
Ruth E. Ryder
Deputy Assistant Secretary for Policy and Programs
Office of Elementary & Secondary Education
U.S. Department of Education

Email Address: ruth.ryder@ed.gov
Phone Number: (202) 657-2919



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ———————————————— | ) | |
| SOUTHERN EDUCATION | ) | |
| FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1079 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| EDUCATION, | ) | |
| | ) | |
| LINDA MCMAHON, UNITED STATES | ) | |
| SECRETARY OF EDUCATION, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DONALD J. TRUMP, | ) | |
| PRESIDENT OF THE UNITED STATES | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

<u>ORDER</u>

The Court has before it SEF's Motion for a Temporary Restraining

Order/Preliminary Injunction ("Plaintiff's Motion") [Dkt. No. 11].  For the reasons set forth in

the Court's accompanying Opinion [Dkt. No. 28] it is hereby

ORDERED that SEF's Motion for a Temporary Restraining Order/Preliminary

Injunction [Dkt. No. 11] is GRANTED; it is

FURTHER ORDERED that Defendants United States Department of Education

and Linda McMahon, in her official capacity as Secretary of Education, shall, within five (5)

business days of entry of this Order, REINSTATE the EAC-South Grant Award (S004D220011)

in accordance with the Grant Award Notification terms and conditions in place immediately

prior to issuance of the February 13, 2025 Termination Letter by the Department; it is

FURTHER ORDERED that Defendants United States Department of Education

and Linda McMahon, in her official capacity as Secretary of Education, shall provide SEF

reimbursement for all outstanding expenses and otherwise allowable expenditures incurred

between the February 13, 2025—the date of termination—and this Court's Order; it is

FURTHER ORDERED that Defendants United States Department of Education

and Linda McMahon, in her official capacity as Secretary of Education, SHALL NOT

TERMINATE, and are ENJOINED from terminating, the EAC-South Grant Award

(S004D220011) in a manner this Court has determined is likely unlawful as violative of the

Administrative Procedure Act as described in the accompanying Opinion; it is

FURTHER ORDERED that Plaintiff's Motion is hereby DENIED in all other

respects; it is

FURTHER ORDERED that the parties shall file a joint status report within

ten (10) business days of entry of this Order, apprising the Court of the status of the parties'

compliance with this Order; and it is

FURTHER ORDERED that this preliminary injunction shall remain in effect subject to further order of Court.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 5/21/25

# EXHIBIT B

S004D220011 - 24
Eshe Collins
Southern Education Foundation Inc
101 Marietta Street
Suite 1650
Atlanta, GA 30303

S004D220011 - 24

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

| **1** RECIPIENT NAME | **2** AWARD INFORMATION |
|---|---|
| Southern Education Foundation Inc<br>101 Marietta Street<br>Suite 1650<br>Atlanta, GA 30303 | PR/AWARD NUMBER   S004D220011 - 24<br>ACTION NUMBER    13<br>ACTION TYPE    Administrative<br>AWARD TYPE    Discretionary |

| **3** PROJECT STAFF | **4** PROJECT TITLE |
|---|---|
| RECIPIENT PROJECT DIRECTOR<br>  Eshe Collins    (404) 523-0001<br>  ecollins@southerneducation.org<br>EDUCATION PROGRAM CONTACT<br>  Bryan C Keohane    (202) 260-9738<br>  bryan.keohane@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | 84.004D<br>EAC Region II--EAC South at Southern Education<br>Foundation |

**5** KEY PERSONNEL

| NAME | TITLE | LEVEL OF EFFORT |
|---|---|---|
| Eshe Collins | Project Director | 100 % |

**6** AWARD PERIODS

       BUDGET PERIOD    10/01/2024 - 09/30/2025
   PERFORMANCE PERIOD    10/01/2022 - 09/30/2027

FUTURE BUDGET PERIODS

| BUDGET PERIOD | DATE | AMOUNT |
|---|---|---|
| 4 | 10/01/2025 - 09/30/2026 | $1,685,771.00 |
| 5 | 10/01/2026 - 09/30/2027 | $1,685,336.00 |

**7** AUTHORIZED FUNDING

          THIS ACTION      N/A
        BUDGET PERIOD    $1,497,938.00
   PERFORMANCE PERIOD    $4,736,247.00

**8** ADMINISTRATIVE INFORMATION

            UEI    JQDXYMFMGTB4
    REGULATIONS    CFR PART 270272
               EDGAR AS APPLICABLE
               2 CFR AS APPLICABLE
    ATTACHMENTS    N/A

**9** LEGISLATIVE AND FISCAL DATA

  AUTHORITY:          PL 88-352 IV TITLE IV - CIVIL RIGHTS ACT OF 1964.
  PROGRAM TITLE:      CIVIL RIGHTS TRAINING AND ADVISORY SERVICES
  CFDA/SUBPROGRAM NO:    84.004D



S004D220011 - 24

## US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S004D220011 - 24 |
| RECIPIENT NAME: | Southern Education Foundation Inc |
| GRANTEE NAME: | SOUTHERN EDUCATION FOUNDATION INC |
| | 101 MARIETTA ST NW, STE 1650 |
| | ATLANTA, GA 30303 - 2720 |
| PROGRAM INDIRECT COST TYPE: | Unrestricted |
| PROJECT INDIRECT COST RATE: | |

TERMS AND CONDITIONS

(1)   This grant is reinstated consistent with the terms of the Preliminary Injunction issued on May 21, 2025, by the U.S. District Court for the District of Columbia in the case of Southern Education Foundation v. McMahon, et al. (1:25-cv-01079-PLF).

**AUTHORIZING OFFICIAL**                **DATE**

Ver. 1

## EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants**      (See Block 2 of the Notification)

**1. RECIPIENT NAME –** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION –**   Unique items of information that identify this notification.

   **PR/AWARD NUMBER –**   A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

   **ACTION NUMBER –**   A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

   **ACTION TYPE –**   The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

   **AWARD TYPE –**   The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF –**   This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

   **\*RECIPIENT PROJECT DIRECTOR –**   The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

   **EDUCATION PROGRAM CONTACT –**   The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

   **EDUCATION PAYMENT CONTACT –**   The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER –**   Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL –** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS –**   Project activities and funding are approved with respect to three different time periods, described below:

   **BUDGET PERIOD –**   A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

   **PERFORMANCE PERIOD –**   The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

   **\*FUTURE BUDGET PERIODS –**   The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING –**   The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

   **\*THIS ACTION –** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

   **\*BUDGET PERIOD –** The total amount of funds available for use by the grantee during the stated budget period to this date.

   **\*PERFORMANCE PERIOD –** The amount of funds obligated from the start date of the first budget period to this date.

   **RECIPIENT COST SHARE –**   The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

   **RECIPIENT NON-FEDERAL AMOUNT –** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION –**   This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

   **UEI –**         The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

**\*REGULATIONS –** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.

**\*ATTACHMENTS –** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA –** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS –**
The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.
**AMOUNT –** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS –** Requirements of the award that are binding on the recipient.

**\*PARTICIPANT NUMBER –** The number of eligible participants the grantee is required to serve during the budget year.

**\*GRANTEE NAME –** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.

**\*PROGRAM INDIRECT COST TYPE –** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).

**\*PROJECT INDIRECT COST RATE –** The indirect cost rate applicable to this grant.

**\*AUTHORIZING OFFICIAL –** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF –** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.

**7. AUTHORIZED FUNDING**

**CURRENT AWARD AMOUNT –** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.

**PREVIOUS CUMULATIVE AMOUNT –** The total amount of funds awarded under the grant before this action.

**CUMULATIVE AMOUNT –** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE –** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.