# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5262**                      **September Term, 2025**

**1:25-cv-01079-PLF**

**Filed On: September 30, 2025** [2137937]

Southern Education Foundation,

    Appellee

  v.

United States Department of Education, et al.,

    Appellants

### M A N D A T E

In accordance with the order of September 30, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Laura M. Morgan
Deputy Clerk

Link to the order filed September 30, 2025