**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>LINDA MCMAHON, UNITED STATES SECRETARY OF EDUCATION,<br><br>and<br><br>DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 25-1079 (PLF) |

## <u>MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

On April 9, 2025, Plaintiff Southern Education Foundation ("SEF") commenced this action against Defendants because its federal grant was unlawfully terminated. Complaint (Document No. 1); *see* Amended Complaint (Document No. 26). Plaintiff, by way of its motion, sought injunctive relief. Motion for Temporary Restraining Order and Preliminary Injunction (Document No. 11). The Court awarded the relief sought by Plaintiff. Order (Document No. 29). Since then, and in accordance with the Court's Memorandum Opinion and Order (Document Nos. 28 and 29), Plaintiff's grant has been reinstated by Defendants. *See* Joint Status Report (Document No. 32). Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(2), SEF respectfully moves this Court for an order dismissing this action without prejudice. In support of this motion, Plaintiff states as follows:

1. Defendants have filed an answer in this action. Answer to Supplemental Complaint (Document No. 36).

2. Plaintiff seeks to dismiss this action without prejudice so that it may preserve its rights to refile the claims at a later date, if necessary.

3. No counterclaims have been asserted in this action.

4. Plaintiff is willing to comply with any reasonable conditions the Court may impose to mitigate any prejudice to Defendants.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order dismissing this action without prejudice.

Respectfully submitted,


/s/Jamar W. Creech

Jamar W. Creech
ROMANO LAW, PLLC
One Battery Park Plaza
Ste 7th Floor
New York, NY 10004
301-437-5408
Email: jamar@romanolaw.com
*Counsel for Plaintiff*

By: */s/ Lucrecia P. Johnson*
Lucrecia P. Johnson, Esq.
DC Federal Bar# 1015623
LPJ Legal PLLC
853 New Jersey Ave SE, Suite 200 Washington, DC 20003
lucrecia@lpjlegal.com
(202) 643-6211

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Motion for Voluntary Dismissal Without Prejudice was served upon all parties of record by the method indicated below on this 28th day of October, 2025:

[ ] Hand delivery
[ ] First-class mail, postage prepaid
[X] Electronic filing system
[ ] Email

/s/Jamar W. Creech
_____
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN EDUCATION FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> LINDA MCMAHON, UNITED STATES SECRETARY OF EDUCATION, <br><br> and <br><br> DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES OF AMERICA, <br><br> Defendants. | Civil Action No. 25-1079 (PLF) |

**ORDER**

Upon consideration of Plaintiff's Motion for Voluntary Dismissal Without Prejudice, it is

hereby ORDERED that the motion is GRANTED. This action is DISMISSED WITHOUT

PREJUDICE, subject to any conditions the Court deems proper.

**SO ORDERED.**

_____

PAUL L. FRIEDMAN
United States District Judge

DATE: